05-536

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTH PERIOD

TO: Mr. Joseph Hudson, Manager      DATE: 7-16-05
    Delaware Correctional Center
    Smyrna, Delaware 19977

FROM: _Charles F. Cardone_          098159
      Inmate Name (Please print Name)     SBI#

- I HEREBY CERTIFY -

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six month period. Please forward same to me.

_Charles F. Cardone_
Signature
(28 U.S.C. 1746 and 18 U.S.C. 1621)

— ALSO —

Ms. Lowman - SCI Business Office
Georgetown, DE 19947

FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE