*Don't even consider it... my family has copies of everything!!!*

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Charles F. Cardone    SBI 098159
(Name of Plaintiff)      (Inmate Number)

DCC-Smyrna DE-19977
(Complete Address with zip code)

(2) CF Cardone    098159
(Name of Plaintiff)    (Inmate Number)

SCI-Georgetown-19947
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Correction Officer Hammond
(2) " " " Morgan (Female)
(3) Attached
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

05 - 536

(Case Number)
(to be assigned by U.S. District Court)

FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CIVIL COMPLAINT

•• Jury Trial Requested

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Yes - Enclosed

*The faster y'all dismiss this one as frivolous, the faster I can get it up to Philly.*

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? •(Yes)• •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? •(Yes)• •No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed Grievances

2. What was the result? None

D. If your answer to "B" is No, explain why not: Explanations Attached

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: HAMMOND (Black-Male)
Employed as Corrections Officer at Sussex Correct. Inst.
Mailing address with zip code: PO Box 500 Georgetown, DE 19947
SCI

(2) Name of second defendant: Morgan (White-Female)
Employed as " " " " " " " " " " at " " " " " " "
Mailing address with zip code: " " " " " " " " " "
SCI

(3) Name of third defendant: Their Bosses + Whoever signs their Pay checks
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. **STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Attached

2.

3.

V. **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. AWARD me Money - Reprimand and/or fire c/o's named on attached statements by me, Cartone. When, and if, I did to the c/o's named, what they did to me, I would automatically be charged with assault in 2°. I still wish to

(Con't) →

2. Press attempted murder on Hammond, Morgan, Drugash, Baker, Floyd, and Chaffinch.

3. I want money for pain + suffering, punitive damages against officials who did absolutely nothing to investigate my allegations....

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16__ day of __July__, 2__005__.

__Charles F. Carlone - SBI# 098159__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

FROM:

I/M: Charles Cardone BLDG. STU 18 DU-7
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SBI # 098159
1181 Paddock Rd.
DCC
Smyrna
19977

Attn: "Daddy"
Peter

* U.S. District Court *
LockBox 18
844 King St.
U.S. Courthouse
Wilmington DE
19801

* yeah, I guess you could consider this legal mail....

Please —
Forward
Pow-Mia

Charles F. Cardone
RR 6 Box 72A
Millsboro, DE 19966

IF not
at DCC