May 19, 05
Wednesday
approx. 1030 am

1

I will now put down on this paper what happened to me between c/o Hammond and c/o Morgan (female) at approx 9-930 am, this day & date:

c/o Morgan came to my cell (406) to escort me in handcuffs to the infirmary here in the pre-trial bldg where I usually go every Wednesday for a nurse to check my vitals. When we arrived c/o Hammond was talking with a guy I know as Joe who is on the food cart crew on Housing Unit 5. Just a few days prior Joe and another black food cart worker had words on Housing Unit 5. Joe and this other worker threatened me continually every chance they got, saying they were going to fuck me up. One food cart worker even came to my cell, threatened me in front of another food cart bum named Larry Wilson. The food cart shithead who came to my cell in front of Larry Wilson threatened me by saying he was going to punch me in my mouth... we all called him "punch". The following morning on the monday, the 16 of May we were woken as usual at 0430 to get ready to get our meds. When I looked down there was punch and Joe standing by the alcove door. I felt they were laying for me... I felt

they were given the ok to lay for me by the C/O, C/O Floyd, who is black, also. I am white.... C/O Floyd is one of the C/O's who was a witness in the attempted murder of me by C/O Jonathon Baker while I was housed in ASDA back during the entire month of November of 2004. The other c/o witness of Baker's attempted murder of me was, and is, C/O Chaffinch. I was getting ready to go to med call on Monday morning approx. 0445 on the 16th of May, having seen Joe and punch, standing at the alcove door. I have a combination lock that I put in my hand to harden my punches should I get jumped by these two niggers. I was allowed to walk past them into the alcove, untouched, with my lock hidden in my hand. When I went up to the med window C/O Dirks saw the lock in my hand & freaked. The rest is history written down on my charge sheet just as C/O Dirks and Sgt Yingling saw the situation. Their narrative is a true version of the events that happened. To continue, when Joe & I saw each other we had words, Hammond told me to shutup, I told him to go fuck himself and he and Morgan proceeded to try and kill me in the infirmary rooms, in front of witnesses.