3                                              May 16, 05

* Continuation of narrative              Approx 1030 am
  being written by Cardona
  re the attempted murder on me (Cardona) by
  c/o's Hammond & Morgan (female).

c/o Hammond was punching me (Cardona), kicking me all over, even in the neck and head areas.... they (Hammond & Morgan) then drug me out of the medical dept. into the main hallway of the building and while Morgan continued to hold me by the handcuffs, Hammond, once again, punched me all over, kicked me, repeatedly, and when he was finally tired out (the faggot) he told me he would come to my cell later that night to finish me off. He never came because he has a reputation of being a punk, bitch, faggot among the population of SCI. They (Morgan & Hammond) drug me back to my cell, left me bleeding (there is my blood on walls and floor of my cell) for 2 hrs before they finally escorted me back to the medical dept. where the nurse Sally superficially tended to my bloody cuts and ignored me when I told her my head was swelled and swollen, my back, chest, legs, were hurting like hell, where Hammond tried to do his damage. Sally is a witness to what happened inside the

→

Medical dept. rooms as was my old celly, a 33016 black man whose name is Williams, and other people who I do not know their names.

I guess that's about it... I'm writing this narrative the next day, Tuesday the 17 of May, 05.

Charles F. Cardone

\* At the time and date of this attempted murder of me by Hammond + Morgan.

SBI #098159

\* I have sent a letter to troop 4 of the Del State Police and told them this story and telling them I wished to press charges of attempted murder on me by Hammond + Morgan. I sent that letter by certified mail on thursday evening at May 19, 05. cfc