May 18, 05

~~Attorney~~ 4 Charles CARDONE in C.A. 0409005091

~~Hello Mike~~,

Approx 12 Noon

To: Vinny Vickers or John Sandy or Mr. Stumpf

10 Copies mail back to me at SCI

Sirs:

If y'all got the intestinal fortitude (guts) we can make some money... Approx 9-930am I was escorted to First Correctional Medical, here at Pre-trial building where I am housed.... when C/o Morgan (female) and I arrived at Medical, C/o Hammond was pulling duty at medical... C/o Hammond and I had words inside the medical facility treatment room area, one thing led to another (now I was handcuffed this entire episode) and C/o Hammond commenced to try to kill me in the medical area then dragged me out into the hallway where C/o Morgan (female) held me by the chain on the handcuffs while C/o Hammond attempted his pitiful damndest to kill me by kicking me repeatedly and punching me w/gloves on repeatedly, I repeat, repeatedly punching and kicking me while witnesses looked on... I have 4-5 names of witnesses I think will corroborate the above. Since November of 2004, I have names of other C/o's along with witnesses names to attest to the fact that C/o Hammond is the 3rd C/o since Nov. 04 who have tried their best (which isn't much, thank God) to kill me.

Please advise.

Charles F. Cardone
SBI# 098159
SCI
[illegible] PT - RM 4A

To: Peter T. Dalleo

May 19, 05
Thursday copy + mail to Pete

(1)

Well, it's me, again, I'm still in this "Hole" in SCI... they call it BM, Behavior Module, this is being written the morning of the day after Hammond + Morgan about beat me half to death. My head is killing me, they dressed my elbow finally, last night... I've put in sick call slips, medical grievances, nobody knows nothin, nor, do they want to know anything. Yesterday, I kicked off a letter to Jim Lupinetti of DOC Internal Affairs in Dover... let's see if he'll investigate.

⟹