I wrote him several years ago (4?) (2) he sent me a "I don't see a need for an investigation" letter, maybe he'll see one this time around. My concern now is if Kearney (Warden) and his bunch will "mess" with my mail... it's not unheard of, you know? I'm in fear for my life.... I was a "POW" at the Hanoi Hilton 4 2 months sometime around 68' or 69' in North Vietnam (the city of Hanoi) they couldn't break me then, these sorry pieces of shit C/O's here at SCI haven't showed me anything in the 3 beatings I got since November of 2004. they (the prison) sent this 275 lb gorilla named Jonathon Baker (a one-eyed cyclops) to work me over in the MSB building of SCI, he hits like a bitch (woman or girl) even when he had me handcuffed, the only thing he could do to me was split my eye brow open. the medical dept wouldn't treat me then, either. they told (the nurse's name is Diane, she's been here forever) me to go back to my cell and clean it myself. I plan on taking First Correctional Medical to court, also. I won't mention DR. Roberta Burns... she treats me like a human being, I will not name her as a defendant.

May 19, 05

3

\* Continuation of a letter to Peta Dalleo
I am in the process of letting the Journal come see me to verify my stories... around 1987, 88, Berlinda Bruce of the Journal came down to Long Neck road to visit me and my wife and twin sons to write a story on my landlord because she was allowing us to live in raw sewarge because she and her lawyer would not, nor were they required by DNREC, to take responsibility of our on-site gravity fed septic tank. the State (DNREC) went so far as to take my wife to a jury trial in Dover for "Falsely reporting an incident". Ed Gill was brilliant and the jury found her innocent. Just to let you know I'm not above, or below, taking this mess I'm in to the press. I'm taking a break, now, the mail doesn't get picked up here at prison until midnight tonite, if anything happens to me today I will include it in this letter, if I'm still alive or if they don't fuck me up so bad I can't hold a pen......

When I was in Gander in 99-2000, if some Gander Hill inmate notified "the Feds" about conditions of the prison, your office would actually have a Fed come to Gander to check it out.... I'm telling you my life is in jeopardy, that I've got witnesses to corroberate my stories, and I don't see anybody from the Feds' office, what's with

→

4

I'm keeping my family abreast of everything that has happened to me (severe beatings) since Sept of 2004 when Rehoboth Police Dept, Robert T. Whitman, PFC, started this snow ball rolling when he tried to kill me by kneeling on my head with his full weight all because I urinated on a road because no one store in Reho would allow me to use their bathroom... I also filed a formal Citizen's Complaint over that with Keith Banks, Reho Chief of Police.
If anything does happen to me, my people know that they must take this mess to an attorney to right my wrongful death......

I, again, wish to file civil rights violations, charge SCI officers of attempted murder of me, Charles T. Cardone, three separate incidences. Send 1983 "KITS", 3 please. CTC

Charles T. Cardone