To Whom it May Concern:  May 19, 05

[10 copies] [Approx. 0515 Thursday morn...]

It is now the above date and time.... I am writing this narrative as a follow up to the entities I sent written correspondence to yesterday, the 18th of May, when 2 Sussex Correctional Institutional Correction Officers (hereafter referred to as C/O's) decided they were going to WORK me over. Their names were and are, Hammond and Morgan (female)... Morgan held me by the handcuffs while Hammond tried his damnest to kill me, a 56 year old Viet Nam incountry veteran. I feel any normal man would have sustained critical injuries from this beating, but, all Morgan + Hammond accomplished in their beating of me was to show their ass. Hammond began his beating of me in side the medical department rooms at the Pre-trial building of SCI, to gain more power and leverage in his punches and many, many, numerous kicks he managed to lay on me, he then (and Morgan, his accomplice) drug me out of the medical department into the hallway and continued to show his ass by kicking me and punching + slapping me in my head and face and upper body area. His kicks were done to me on my whole person, including, but not limited to, my head, where at the time of this narrative is swollen with numerous knots, and I am in severe pain over my entire person. I am in the process of submitting medical grievances to gain proper medical care (X-Rays, CAT Scans, proper stitching of a serious gash on my left elbow, the numerous swellings on my head are in dire need of medical attention at the time of this writing. It is approx 0515 of thursday, May 19, 2005, the morning after my beating... I have just been brought my a.m. meds by the nurse on duty who I don't know

my name. Regardless ...
pain including, but not limited to, my head.... She and the c/o's accompanying her turned and left me standing there inside my cell (406) and, I assume, continued on the rounds dispensing medications. — I will file this and follow SCI's usual grievances and requests to treat me accordingly, as I am still concerned with the numerous aches and pains associated with the beating I received, yesterday. I just finished breakfast... as I washed my face and hands, I looked in my mirror to see my right eye swollen, black and blue. I now contemplate what other side effects will "show up" as time goes on.

I will send this letter to my son (one of my sons) for copies. Again, this is the 3rd beating I have sustained since November of 2004.

* Cheech, 10 copies, please. Keep one at home w/ you in a safe place. We will get some money out of what they are doing to me here. I think you know me enough to know that I don't play when the chips are down. How does a nice nest egg for you and yours sound? I'm working on it. Keep the faith... you and Jim and thus far, Theresa + JoJo are mine. love ya's

Charles F. Cardone
Charles F. Cardone

SCI - SBI #09815
Bldg. PT - Rm 406
P.O. Box 500
Georgetown, DE
~~1994~~
1994

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 1, 2005

TO: Charles F. Cardone
SCI   SBI 098159
P.O. Box 500
Georgetown, DE 19947

> *As of May 23, 05, I am now housed at DCC, Smyrna prison, in pre-trial status.*

RE:  Letter to Clerk dated 5/19/05

Dear Mr. Cardone:

   A letter has been received by the Clerk's office, closing with a request for forms. We have sent responses to several similar letters in the recent past, along with forms and information regarding procedures for filing a new complaint in our Court. Since you claim that you are unable to visit the law library at SCI, hopefully you now have the forms needed for filing your complaint.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/rbe                               PETER T. DALLEO
                                   CLERK

cc: Alpha File
    CAF

*(7-16-05) cfc*

*\* thank you for these forms .... I could not file because prisons (DCC + SCI) have kept me incapacitated and stashed away in their (prison's) "holes". I have been, and presently, still am, classified as a detainee, but, to these prisons (DCC + SCI) detainee status carries no distinctions.... detainees and sentenced inmates are treated and housed as one.*

July 16, 2005

Charles F. Cardone's statement in support of me filing a complaint under the Civil Rights Act 42 U.S.C. § 1983

I will attempt to name the people who I notified for help when the Correctional Officer's at Sussex Correctional Institution tried their damnedest to kill me :-

- Peter T. Dalleo - Clerk, Delaware District Court
- Roberta Burns - Doctor at SCI
- T. Henley Graves - Superior Ct. judge, Georgetown
- Cpl/3 R Fenney? 3721 - as per name + number on Return Receipt card of letter to State Police Troop 4, stating I wished to press attempted murder charges on SCI C/Os. 2 days later, I was transferred to DCC, Smyrna
- Margaret L. Naylor, Esq. Court on the Judiciary Supreme Court - DE.
- Supreme Court Chief Justice Myron Steele
- Michael Abram, Esq. My criminal / court appointed attorney
- Public Defender - E. Stephen Callaway - Georgetown

* this is the Article Number on the Postal Return Receipt to Troop 4 — 7004 2510 0006 8630 6459
  Date of Delivery — 5-21-05
  5-23-05 I was transferred to DCC

All the aforementioned names of the people I reached out for help are named in the paperwork I have enclosed with this 1983

* People I wish to be held accountable and who I wish to named as defendants of the enclosed 1983:

- Stan Taylor
- Paul Howard
- Gov. Ruth Ann Minner
- First Correctional Medical - Georgetown and Smyrna Prisons
- c/o Jonathon Baker - SCI
- c/o Floyd - SCI
- c/o Chaffinch - SCI
- c/o Hammond - SCI
- c/o Morgan - SCI - Female
- Sally - First Correctional Nurse SCI
- T. Henley Graves
- c/o Drugash - SCI
- c/o Morris - SCI
- c/o Hazel - SCI
- Chief Justice Myron Steele
- Jim Lupinetti and Jack Sines DOC Internal Affairs
- Warden Kearney - SCI

* I, Charles F. Cardone, demand a jury trial ~~in~~ with the expectation of winning an award of $44 Millions of dollars ___

* I'll send everyone a Post card from Italy...

* thanx guys and dolls, I could sure use the money....

D - 2 copies
Front & back

Jan. 23, 05

(Notary)

To: Margaret L. Naylor, Esquire

COURT ON THE JUDICIARY
RECEIVED and FILED
FEB 16 2005

I wish to file a formal complaint with your agency directed toward T. Henley Graves.

On December 3, 2004, I was transported to the Superior Court in Georgetown from this prison where I am housed in Pre-trial building awaiting a February 14, 2005 trial. That Dec. 3 hearing was in front of T. Henley Graves for a motion to Withdraw filed by my then Public Defender E. Stephen Callaway, initiated by me so I may be represented by a court appointed conflict attorney. Callaway's motion was granted and Michael Abram of Ed Gill's office was selected to represent me. At the onset of that Dec. 3 hearing I advised Judge Graves that I was recovering from a terrible beating at the hands of 3 Sussex Correctional Institution's correctional officers, that had happened approx. 1 week prior to my appearance in front of Graves. When a transcript of that motion to withdraw hearing is obtained or reviewed by you, you will then see that Grave's response to me advising him (Graves) I was beaten was "you (me) don't look to worse for wear," and the hearing was conducted to it's completion. I now feel his response and Grave's lack of concern as an officer of

Con't →

the court merits and demands an investigation by Grave's ~~superiors~~ by your agency.

Yes, this letter to you is a complaint over a member of the judiciary, Judge T. Henley Graves. This complaint is directed to you and your agency:

Margaret L. Naylor, Esquire
Court on the Judiciary
Supreme Court of Delaware
PO Box 369
Georgetown, DE 19947

D-(1)
copies (2)

by me —

Charles F. Cardone   4-1-05 cf ~~3-31-0~~
Charles F. Cardone
SCI-SBI #098159
Bldg PT
PO Box 500
Georgetown, DE
19947

* I attest that the signature presented valid identification verifying his identity and I did witness their signing of this document.

Sworn to and subscribed before me on the date,

Respectfully

Donna G. Fuhrman 4-1-05

DONNA G. FUHRMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires September 4, 2005