IN THE COURT ON THE JUDICIARY
OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | C. J. No. 6, 2005 |
| THE HONORABLE T. HENLEY GRAVES, | § | **CONFIDENTIAL** |
| | § | |
| a Judicial Officer. | § | |

MJ, I am appealing this...

**ORDER**

This 31st day of May 2005, it appears that:

(1) Mr. Charles Cardone (Complainant) has filed a complaint against Resident Judge T. Henley Graves of the Superior Court (complaint attached as Exhibit A). The complaint is subject to dismissal, *sua sponte*, pursuant to Rule 5(b) of the Rules of the Court on the Judiciary.[1]

(2) On March 28, 2005, Resident Judge Graves presided over the Complainant's jury trial. At the conclusion of the trial, the jury convicted the Complainant of Aggravated Menacing, Resisting Arrest and Criminal Trespass in the Third Degree.[2] The Complainant's sentencing is scheduled for July 29, 2005. In anticipation of sentencing, Resident Judge Graves ordered that the

---

[1]Court on the Judiciary Rule 5(b) provides:
*(b) Sua Sponte dismissal.* The Chief Justice may decline to refer to the [Preliminary Investigatory Committee] Panel, and may dismiss by written order, sua sponte, any complaint which, upon its face, is (1) frivolous, (2) lacking in good faith, (3) based upon a litigant's disagreement with the ruling of a judge, or (4) is properly a matter subject to appellate review.

[2]*State v. Cardone*, Del. Super., Cr. ID No. 0409005091A.

Complainant undergo a psychological evaluation by the Delaware Psychiatric Center.

(3) The complaint in this Court alleges that Resident Judge Graves demonstrated a "lack of concern as an officer of the court" when responding to the Complainant's statement at a December 3, 2004 hearing on defense counsel's motion to withdraw.[3] Moreover, the complaint alleges that the criminal charges brought against the Complainant were "ridiculous and illegal," and that the Complainant's court-appointed conflict counsel violated rules of professional conduct for Delaware lawyers.

(4) The complaint is subject to dismissal, *sua sponte*, pursuant to Rule 5(b)(4). It is clear that the complaint does not invoke the limited jurisdiction of the Court on the Judiciary. The Court on the Judiciary has the authority only to discipline a judicial officer for misconduct proscribed by Article IV, section 37 of the Delaware Constitution.[4] The judicial disciplinary process is not a substitute for appellate review.



[3]According to the Complainant, when he informed Resident Judge Graves that he was recovering from injuries sustained in a beating by three correctional officers, Resident Judge Graves responded, "You don't look too worse for wear."

[4]*See* Del. Const. art. IV, § 37 (conferring authority on the Court on the Judiciary to discipline a judicial officer for "wilful misconduct in office, wilful and persistent failure to perform his or her duties, the commission after appointment of an offense involving moral turpitude, or other persistent misconduct in violation of the Canons of Judicial Ethics as adopted by the Delaware Supreme Court from time to time").

NOW, THEREFORE, IT IS ORDERED that:

A. The complaint is dismissed, *sua sponte*, and no further action will be taken on the complaint.

B. A copy of this Order is to be transmitted by the Clerk of the Court on the Judiciary to Resident Judge Graves and to the Complainant.

C. Pursuant to Article IV, section 37 of the Delaware Constitution and the Rules of the Court on the Judiciary, this Order, all records (including complaints, correspondence, reports, exhibits, testimony, statements, orders, opinion and all other materials) in any proceeding in the Court, and all references to any such proceeding shall be confidential. All persons are required to honor the confidentiality unless the Court shall otherwise order on request of the judicial officer involved.

Chief Justice

~~March~~ APRIL 5, 2005

To: Margaret L. Naylor, Clerk
Notary
Supreme Court
34 the Circle - PO Box 369
Georgetown, DE 19947

Dear Ms, Mrs, Madam, Madame Naylor;

I'm bbbaaaaccckkk,!!! I'm returning the enclosed original complaint re T. Henley Graves to you, the original complaint I sent to you on Jan. 23,05 which you sent back to me with your cockamamie refusal to accept that complaint, enclosed. Now that that is outta da way, may we'uns proceed? In my initial research, (by the way... it seems, with the disappearance of Diane Plummer [adios, baby], I now have my right to access of SCI's law library) I will use Canon 3 B(3) of the Delaware Judges' Code of Judicial Conduct to addend to what will most assuredly be more violations T. Henley bestowed on me during my incarceration from September 7, 2004 to present and future, based on the ridiculous and illegal charges put on me by Keith Banks and PFC Robert T. Whitman of the Rehoboth Beach Key -

(Con't) →

Exhibit A

stone Kops. Inward and upward .... I will now charge the conflict lawyer that T. Henley bestowed on me to represent me in the aforementioned charges, Michael Abram of Ed Gill's office, with violations of the Principles of Professionalism for Delaware Lawyers in his (Mr. Abram's) role as my attorney in my case ID.# 0409005091.

I have sent an appeal request to Mr. Abram re my case I.D. # 0409005091. At present, I am awaiting a response from him on that appeal request. I have had no contact, whatsoever, from Michael Abram since my trial by jury conviction of March 28, 05. Time waits for no man. As T. Henley told me in his courtroom ... "CYA - Cover your ass." That is the only remarkable statement uttered in my trial.

Very truly yours,

Charles F. Cardone
SBI # 098159

I wish to file formal complaints of violations of the Delaware Judges' Code of Judicial Conduct re Judge T. Henley Graves by me Charles F. Cardone case ID # 040900 5091... as well as formal complaints of violations by Michael Abram of Ed Gill's office of the Principles of Professionalism for Delaware Lawyers and violations of The Professional Conduct Rules of Delaware Lawyers.

Charles F. Cardone

C 2 copies

COURT ON THE JUDICIARY OF THE STATE OF DELAWARE

MARGARET L. NAYLOR
*Clerk*

SUPREME COURT
34 THE CIRCLE
P.O. BOX 369
GEORGETOWN, DE 19947

February 16, 2005

Mr. Charles Cardone
SBI # 098159
Bldg. PT
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

CONFIDENTIAL

Re: *State v. Cardone,*
Def. ID No. 0409005091

* I sent this back to Naylor, notarized by Donna Fuhrman approx. 4-5-05 cfc

Dear Mr. Cardone:

I am in receipt of your complaint dated January 23, 2005, against Superior Court Judge T. Henley Graves. Your complaint is not notarized. For this reason, I am returning your complaint.

The Court on the Judiciary receives complaints alleging judicial misconduct or disability that are filed against Delaware judges and commissioners. A complaint that is filed with the Court (i) must bear the complainant's original signature; (ii) set forth the complainant's address; (iii) name the judicial officer involved; (iv) allege with particularity the nature of the alleged misconduct or disability; and (v) **be executed by oath or affirmation** under penalty of perjury before a notary public. The Court does not consider a matter that is (i) frivolous, (ii) lacking in good faith, (iii) based upon a litigant's disagreement with the ruling of a judicial officer, or (iv) is properly a matter subject to appellate review. Ct. Jud. R. 5 (copy enclosed).

The Court on the Judiciary does not consider matters that are appropriate for appellate review. The Delaware Supreme Court has jurisdiction to receive appeals in criminal cases from the Superior Court. The appeal must be filed within thirty days of sentencing.

Very truly yours,

[signature]

Enclosure(s)

D. Leopold Jan. 23, 05

Front & back

(Notary)

To: Margaret L. Naylor, Esquire

COURT ON THE JUDICIARY
RECEIVED AND FILED
FEB 2005

I wish to file a formal complaint with your agency directed toward Henley Graves.

In December 3, 2004, I was transported to the Superior Court in Georgetown from this prison where I am housed in Pre-trial building awaiting a February 14, 2005 trial. That Dec. 3 hearing was in front of T. Henley Graves for a Motion to Withdraw filed by my then Public Defender E. Stephen Callaway initiated by me so I may be represented by a court appointed conflict attorney. Callaway's Motion was granted and Michael Abram of Ed Gill's office was selected to represent me. At the onset of that Dec. 3 hearing I advised Judge Graves that I was recovering from a terrible beating at the hands of 3 Sussex Correctional Institution's correctional officers, that had happened approx. 1 week prior to my appearance in front of Graves. When a transcript of that motion to withdraw hearing is obtained or reviewed by you, you will then see that Grave's response to me advising him (Graves) I was beaten was "you (me) don't look to worse for wear," and the hearing was conducted to it's completion. I now feel his response and Grave's lack of concern as an officer of

COURT ON THE JUDICIARY
RECEIVED AND FILED
FEB 2005

Con't →

This court ... demand ... by Craven's ... by your agency.

Yes, this letter to you is a complaint on a member of the judiciary, Judge T. Henley Graves. This complaint is directed to you and your agency.

D-(1)
copies (2)

Margaret L. Naylor, Esquire
Court on the Judiciary
Supreme Court of Delaware
PO Box 369
Georgetown, DE 19947

4-1-05 cfc
~~3-31-0~~

...by me —

I attest that the signature presented valid identification verifying his identity and I did witness their signing of this document.

Charles F. Cardone
Charles F. Cardone
SCI-SBI # 098159
Bldg PT
PO Box 500
Georgetown, DE
19947

Sworn to and subscribed before me the date,

Respectfully

Donna G. Fuhrman 4-1-05

DONNA G. FUHRMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires September 4, 2005

FOR DR BURNS EYES ONLY!

**FORM #585**

**MEDICAL GRIEVANCE**

**FACILITY:** SCI

**INMATE'S NAME:** Charles F. Cardone

**HOUSING UNIT:** PT BM 406

**DATE SUBMITTED:** May 20, 05

**SBI#:** 098159

**CASE #:**

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 5-20-05-on Going

TYPE OF MEDICAL PROBLEM: On May 18, 05, at approx. 0900-0930, C/o Hammond and C/o Morgan (female) stomped me, tried their pitiful best, to kill me inside First Correction Medical's rooms, in front of 'Sally' the nurse and other witnesses whose names I have... the 2 (Two) sorry excuses for human beings (C/Os) then drug me, handcuffed, (of course I was handcuffed, those 2 sorry pieces of human scum aren't worth a pimple on a frog's ass) into the hallway and tried to finish me off. I submitted a sick call slip for pain medication to alleviate the many aches, pains, knots on my head, gash on my elbow, split, black + blue eye, only! to find my PM T-3s discontinued. I am in severe distress...

GRIEVANT'S SIGNATURE: Charles F. Cardone DATE: 5-20-05

ACTION REQUESTED BY GRIEVANT: I want, and need, pain meds (T3s - Percodan - and/or Demerol and/or Dilaudid, and/or Morphine. Also, I'd like C/o Hammond to come to 406 and speak w/me.

DATE RECEIVED BY MEDICAL UNIT: ____________________

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

MEDICAL GRIEVANCE FORM #585
Page two

SECTION #2

IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY MUST RESPOND , IN WRITTING , WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.

RESPONSE BY M.G.C.:____________________________________________

DATE RECIEVED BY GRIEVVANT:________________ GRIEVANT SIGNATURE:____________________

DOES GRIEVANT ACCEPT M.G.C. DECISION? _______(YES) ________(NO)

SECTION #3

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

GRIEVANT'S SIGNATURE: ________________________ DATE:________________________

**ORIGINAL: INSTITUTION FILE** **COPY: GRIEVANT**