IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 AUG -5  AM 7: 26

| | |
|---|---|
| CHARLES F. CARDONE,<br><br>      Plaintiff,<br><br>      v.<br><br>CORRECTION OFFICER HAMMOND,<br>CORRECTION OFFICER MORGAN,<br>CORRECTION OFFICER BAKER,<br>CORRECTION OFFICER FLOYD,<br>CORRECTION OFFICER CHAFFINCH,<br>STAN TAYLOR, PAUL HOWARD,<br>GOV. RUTH ANN MINNER, FIRST<br>CORRECTIONAL MEDICAL, SALLY –<br>FIRST CORRECTIONAL MEDICAL<br>NURSE, T. HENLEY GRAVES,<br>CORRECTION OFFICER MORRIS,<br>CORRECTION OFFICER HAZEL,<br>CHIEF JUSTICE MYRON STEELE,<br>JIM LUPINETTI, JACK SINES,<br>and WARDEN RICK KEARNEY,<br><br>      Defendants. | Civ. No. 05-536-KAJ |

**FILING FEE ORDER**

      1.   The plaintiff Charles F. Cardone, SBI #098159, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee.

      2.   Consistent with 28 U.S.C. § 1915(a)(1), the plaintiff has submitted an affidavit stating that he has no assets with which to prepay the filing fee. Based on the plaintiff's affidavit, his request to proceed in forma pauperis is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $250.00. In order to determine the schedule of payment of the filing fee, the plaintiff shall submit a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which the plaintiff is confined. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

4. Unless the Court determines from the plaintiff's financial information that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to be paid before the court reviews the complaint. **NOTWITHSTANDING ANY PAYMENT MADE, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a

claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 8/5/05

_____
United States District Judge