Aug 27-05

05-536 (KAJ)

— Am I correct in assuming that the enclosed Authorization I have signed and dated will be sent back to DCC to act on my authorization to deduct $20.10 and subsequent payments? Please advise, Cpt

FILED
SEP - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

