Aug. 27-05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES F. CARDONE,                )
                                   )
          Plaintiff,               )
                                   )
     v.                            ) Civil Action No. 05-536 KAJ
                                   )
CORRECTION OFFICER HAMMOND,        )
CORRECTION OFFICER MORGAN,         )
CORRECTION OFFICER BAKER,          )
CORRECTION OFFICER FLOYD,          )
CORRECTION OFFICER CHAFFINCH,      )
STAN TAYLOR, PAUL HOWARD,          )
GOV. RUTH ANN MINNER, FIRST        )
CORRECTIONAL MEDICAL, SALLY -      )
FIRST CORRECTIONAL MEDICAL         )
NURSE, T. HENLEY GRAVES,           )
CORRECTION OFFICER MORRIS,         )
CORRECTION OFFICER HAZEL,          )
CHIEF JUSTICE MYRON STEELE,        )
JIM LUPINETTI, JACK SINES,         )
and WARDEN RICK KEARNEY            )
                                   )
          Defendant(s).            )

FILED
SEP - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Charles F. Cardone, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $20.10 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated AUG. 25, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply

to any other agency into whose custody I may be transferred.

Date: _Aug 25_____, 2005.

_Charles F. Cardone_
Name of Plaintiff