Hello Peter,                                Aug 27-05

Why have you made 2 Civil Actions 05-600 KAJ and 05-536 KAJ out of my complaint? I am requesting you, again, to add C/O DRUGASH's name to my list of defendants as well as the Commandant of State Police Troop 4 in Georgetown. One of this Commandant's agents signed acceptance of my registered letter, notifying Troop 4 that I wanted to press ~~mur~~ attempted murder charges against C/O Hammond and C/O Morgan (Female).

Once again, I am asking you to send me copies of the paperwork I sent your way to file my complaint (various letters and statements). You have usually sent me copies previously, without my asking.... is their a change in your procedure I should know about? If so, please advise

Thank You,

Charles F. Cardone

Charles F. Cardone
SBI #098159
DCC-1181 Paddock Road
Smyrna, DE 19977

FILED
SEP -2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4-14-05 — April 14, 2005         Charles P. Cardone
                                  SBI # 098159

## ✱ Law Library Requests...

① Rule 25 of Supreme Ct of Del....

② Rules of Superior Ct and Supreme Ct of Del. in re Sentence Modifications and Sentence Reductions....

③ When State remedies for #2 are exhausted, what options do indigent (me) defendants and court appointed / conflict / pool attorneys with a year and a half experience?....(have)

④ Information in re VOP Sentencing hearings for example... do defendants have the right to counsel; before, during, and after sentence hearings; may the defendant request of the sentencing judge for probation officer(s) to be present during this hearing? May I request (defendant) that prior probation info that is of record, of me) be produced to me prior to hearing so I may ascertain if such reports to be used at this hearing are accurate and true?

✱ I wish to read the above prior to making choices of what material I wish to have copied. Cfc

✱ Return these requests w/ material. cfc