To: Peter Dalleo  Sept. 6, 05
Clerk of US District Ct
Wilmington

It took 3 weeks but, I finally got the law library to send me the Commander's name of Troop 4 in Georgetown. I am requesting you to add his name to the defendants list of – 1:05-CV-00600 UNA Cardone v. Baker et al KAJ

and / or

CA 05-536 KAJ

→ OVER →

FILED
SEP -9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

His name is: Captain Timothy Winstead
Commander
Delaware State Police, Troop 4
23652 Shortley Road
Georgetown, DE  19947

I sent a registered letter to Troop 4 stating I wanted to press charges of attempted murder of me... on May 21, 05... On May 23, 05, I was transported to DCC. There, PS Form 3811-Return Receipt in my records

As I previously requested:

Send me copies of all materials I sent you accompanying my original request to start my 1983 s... you have sent me copies in my previous 1983 s, has there been a change in policy? Such as the increase from $150 to $250 you are now charging to file these 1983 s? Please advise...



IM Charles Cardone
SBI# 098159 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Attn:
Clerk of the Court

Pow-mia

US District Court
LockBox 18
844 N. King St
Wilmington DE
19801

*Certified + Postage