OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 30, 2005

TO: Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

*RE:* **Letter Received Dated 9/22/05**
**CA 05-536 KAJ**
**CA 05-600 KAJ**

Dear Mr. Cardone:

This office received a letter from you requesting the status of your cases. Your cases are pending before the Court. You will be advised by the Court as to further developments in your case. A copy of your docket sheets are enclosed free of charge, future docket sheets will be provided to you at .50 cents a page.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc
enc. Docket Sheets