OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 4, 2005

TO:  Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

RE:  Letter Received September 29, 2005
CA 05-536 KAJ
CA 05-600 KAJ

Dear Mr. Cardone:

In response to the letter received dated 9/29/05 requesting copywork, the Clerk's office mailed you a docket sheet on 9/30/05 for each of your pending cases. If you would like copies of documents sent to you, please specify the docket item number of the document(s) you would like copied, and case number, and the Clerk's office will send you a quote for the cost of copying the document.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc