OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 12, 2005

TO:   Charles Francis Cardone
   SBI# 098159
   Delaware Correctional Center
   1182 Paddock Road
   Smyrna, DE 19977

   **RE:   Letter Received Dated October 4, 2005
      CA 05-536 KAJ
      CA 05-600 KAJ**

Dear Mr. Cardone:

   The above referenced letter has been received by this office requesting assistance regarding whether or not you should pay the filing fees in your above cases. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                    Sincerely,

                    PETER T. DALLEO
                    CLERK

/rwc