TO: Peter Dalleo

RE: Request to have an attorney appointed to help me — Statutory authority is found in

28 U.S.C § 1914(d).
— CA 05-536 KAJ
CA 05-600 KAJ —

Hi Peter,

I wrote to approx. 6 Delaware attnys and 1 or 2 out of state attnys requesting their representation on a contingency fee basis and not 1 had the professional courtesy to respond. — Thus this letter to the Court. — Reasons for me needing assistance in representation include the complexity of federal civil law, the difficulty in conducting discovery while incarcerated, the complex nature of the issues involved in my claim, a lack of education or literacy that might impair my ability to prepare my legal claim. — At time of this request, I do not have case law to support my need for representation thus, I look forward to your response.

Thanx

Charles F. Cardone
Smyrna Prison

FILED
OCT 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Charles J. Cardona
SBI# 098159  UNIT SHU (9) BBL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

attn:
Peter Dalleo

— LEGAL MAIL —

Office of the Clerk
U.S. District Ct
844 N. King ST Lockbox 18
Wilmington   DE
                    19801-3570

$ 00.37⁰  OCT 13 2005
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY