TO: Clerk of Del. District Court                               Oct. 25, 2005

RE: 1:05-CV-00536-KAJ
    05-CV-00600-KAJ

FILED
OCT 3[1]
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

As to 536-KAJ, yes, I am demanding a Jury and I wish to clarify and stipulate to the Court that the defendants named in my above complaints were motivated by malicious and/or evil motive and intent, which involved reckless and careless disregard and indifference to my rights and safety and that the officials listed therein acted with reckless and careless disregard for my safety by refusing to investigate or take remedial action after I filed numerous complaints of excessive force and attempted murder of me while I was handcuffed, in each instance, and could not offer resistance. I am seeking punitive, as well as, compensatory damages. — Mr. Dalleo, you state, in the docket report Text dated 8/15/2005 #1, that my defendants are Jonathon Baker, Chaffinch, Richard Kearney..... I wish to amend that list and add C/O Floyd, who along with C/O Chaffinch, was a witness to Baker's attempt on my life. Also, as to #2 of that same text, I did not receive a copy with Mag. Consent Form as you noted. — At this time, I wish to state that my witness to Baker's assault on me back in November of 2004, in the MSB (Multi-Services Building of SCI) is Jefferey KRAHN, who may, at the time of this writ-

pg 2 of letter to Peter Dalleo dated Oct 25, 2005

ing, still be incarcerated at SCI. I am trying to locate him, but, as I am at DCC, it is not an easy task to locate a prisoner in a different prison in Delaware. I had a signed narrative by Mr. KRAHN to the assault on me by C/O Baker, but, it (Krahn's narrative) was taken from my possession, in a shakedown, by SCI C/O's. As of the date of this letter, I am not in contact with Mr. Krahn... the last time I saw him was sometime in May of this year, 2005, before I was hurriedly transferred to DCC on May 24, 2005.— When the Court orders me, I will attempt to get USM 285 Marshal's Service Forms (one for each defendant) to effect service of my complaints, from the SHU law library, to send to you.— Did the Court receive my $5.00 prison account check for copies noted as Attachments dated 7/25/2005 #2 of 05-CV-00536 KAJ? Please advise...

        Sincerely

    CHARLES F. CARDONE
    SBI #098159 — DCC-Smyrna
    Bldg. SHU (19) B8L

P.S. This letter is to be attached to my complaints and is to be regarded as supplemental papers which I feel are necessary to support my claims. cfc

