Oct. 24, 05

TO: Clerk of Del. District Ct.
RE: CA 05-536 KAJ
    CA 05-600 KAJ

FILED
NOV 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Hello, Peter T.,

On or about Oct. 10, 05, I sent you five dollars to cover the price for 1 copy each of the following: (attachments: #1 Exhibit 1 #2 Exhibit 2 #3 Exhibit 3 part 1 #4 Exhibit 3 part 2 #5 Exhibit 4 #6 Exhibit 5)(els,) Additional attachments(s) (Exhibit 1 replaced on 8/2/2005 (dab,). Modified on 8/2/2005 (dab,). (Entered: 07/27/2005) the afore attachments in re CA 05-536 KAJ page 3 of 4 date filed 07/25/2005 #02.... did you receive that $5.00 check drawn on my prison account? Please advise. — I was transferred from SCI to DCC on May 23, 05, because SCI DOC officials, as well as State officials are named as defendants in the 1983's that are docketed in my name. I have been placed in the SHU for obvious reasons.... since my placement in the SHU I have had to pay for postage of my legal mail by pay to (s) (I am restricted to spending $5.00, five dollars, every 2 weeks to buy writing materials, postage, etc. I now find monies deducted from my account (from account summaries sent to me from DCC Business Office at my request) but, the people I have sent mail to via Certified and Return Receipt Requested and even via 1st class postage are not responding to my mailings. Nor will DCC mailroom send me receipts of US Postal Service forms 3800 (Certified Mail Receipt) and Postal Service Forms 3811 (Domestic Return Receipts), that I paid for according to these personal account summaries. I sent an inquiring letter to Diana Hurd, the Postmaster at Smyrna Post Office, where our mail is processed, with no response. — As to the reason for this letter, if it reaches you, per your May 24, 2005, letter to me, has the Court determined

(Con't →)

whether I may proceed re requirements for service? Please advise. — I am in the process of submitting supplemental handwritten papers detailing the 3 separate incidences of use of excessive force by SCI guards... hopefully they will reach your office — I also sent you a letter requesting the Court to appoint counsel to represent me... did your office recieve that letter? —

— Please advise

    Sincerely,
    Charles F. Cardone
    SBI# 098159

MEMO

TO: I/M Charles F. Cardone, #098159, 19-B-L8, SHU

FROM: Mackinnon Young, Paralegal II, SHU Law Library

DATE: October 14, 2005

RE: Law Library Request received on October 13, 2005

Your request for photocopies of various documents is denied until you can show the SHU Law Library for what legal purpose these documents will be used. Upon that determination, the appropriate motions or filings should be attached together and submitted for photocopying in its entirety. Thank you for your cooperation.

I am now being denied copies.... I have submitted the proper forms, (issued from the law library) to pay for these documents only to have them returned to me marked void. The law library charges .25 per copy... now, I must pay you .50 per copy. Prior to this memo, I was denied copies of case law, (and other documents) with this law library returning forms (to authorize library to deduct copying cost from my account) crossed out and marked void. — This memo is being used to show proof ∧(in part) that my §1983's shall not be dismissed based on my failure to comply with Prison Litigation Reform Act's (PLRA) requirement for exhaustion of administrative remedies.... this memo, along with my allegations of no response of my numerous grievances, (institutional (SCI as well as DCC)), and letters I have written to numerous state and prison officials concerning the beatings I have endured by prison guards, with no response,

Cc: File

are to used by the Court not to form basis for dismissal. Civil Rights of Institutionalized Persons Act, §7(a), 42 U.S.C.A. §1997e(a). <u>Days V. Johnson, 322 F.3d 863 No. 02-10064 United States Court of Appeals, Fifth Circuit 2003.</u>

TO.: Clerk of Del. District Court  
RE: CA 05-536 KAJ  
     CA 05-600 KAJ

Oct. 31, 2005

Sir:

I wish 1 copy each of all supplemental materials I have submitted to the Court in the above case #'s.... If you would send me a bill for these copies, I will attempt to send you money pursuant to your October 4, 2005 letter to me. <u>To include enclosed papers.</u>

Sincerely,  
Charles F. Cardone



REQUEST FOR LEGAL PHOTOCOPIES

ATTENTION: There is a 24 Hour waiting period from the date this request

To expedite your request, please fill out this form completely.

Pay-To: SHU Law Library

The Sum of: _____ and Cents

Address to whom sent: _____

Date: SEPT 19, 05

Amount: $ _____

Inmate Signature: Charles F. Cardone
OIC Signature: Charles F. Cardone

SBI# 098159
Log #
Check #
Date of Ck

Lieutenant Signature if Over $100.00
Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

Do you want your work copied? Yes ( ) No (X)  Some, not all 39 pages?
Is your document DOUBLE SIDED? Yes ( ) No ( )
Authorized by: _____  Date Rec'd: _____  Order No: _____
Date copied: _____  No. of pages: _____  Mailed _____ Picked up _____

FORMLL 1206/92

FORM # 751



IM Charles J. Carbone
SBI# 098159  UNIT: SHU (1) BBL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE

Attn:
Peter Dalleo

LEGAL MAIL

OFFICE OF THE CLERK
United States District Court
844 N. King St. Lockbox 18
Wilmington    DE
19801-3570