OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 7, 2005

TO: Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

*RE: Status Letter; 05-536, 05-600(KAJ)*

Dear Mr. Cardone:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. Please indicate which documents you are requesting and we will give you a quote for the copywork fee.

In your letter dated 11/1/05 you stated that a $5.00 check was submitted for copywork. Our financial records from the month of October indicate that no check has been received for the amount of $5.00. The only check that we received was for the amount of $20.10 towards your partial filing fee.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc. Docket Sheets