~~EAC - Ineff Assist of Counsel Claim~~   /Oct. 9, 05

7/25/2005 - 1:05 CV 00536 KAJ

Send pay-to to Pete for

(Attachments: #1 Exhibit 1 #2 Exhibit 2 #3 Exhibit 3 part 1 #4 Exhibit 3 part 2 #5 Exhibit 4 #6 Exhibit 5)(els,) Additional attachment(s) (Exhibit 1 replaced on 8/2/2005 (dab,).

$5.00 — 10 copies @ 50¢ per page/exhibit. Check drawn on Charles F. Cardone's prison account and submitted for copies of the above Exhibits to be forwarded to Charles F. Cardone

FILED
NOV - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Hello Peter,
   I'm sending (DCC's business office is) ~~you~~ money (.50) per page for copies I sent to you in support of 05 CV 00536 KAJ
           and
       05 - 600 KAJ

— Am I correct, that 1:02-CV-01609-KAJ is the only 1983 that I have, on record, that was Dismissed As Frivolous?

