Nov. 7, 05

TO: Peter Dalleo
Clerk of the D. Dist. Court

RE: CA 05-536 KAJ
    CA 05-600 KAJ

FILED
NOV 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

I am sending this letter to my son, Frank..... you will get this letter through him, because the mail room and the business office here at DCC is not sending my mail out. I have kept a running, contenuing, record of outgoing mail since Sept. 22, 2005. I use pay to's (forms that the Delaware prison system uses to authorize the business offices to deduct monies from an inmates account e.g. to pay postage (1st Class, Certified, Return Receipts requests)). According to my personal records & you have not acknowledged the appropimately 15 pieces of mail I have sent to you via pay-to's:

1. I sent you $5.00 (5 dollars) for copies I have yet to recieve...
2. I sent you a request for an attorney to represent me on my above CA's, I forget the Code # and section # I quoted for this representation...
3. I sent you a request to add names of C/O's (DRUGASH, Lt. G.R. Johnson) to my above CA's...
4. I sent you a narrative of the first beating I underwent by C/O Baker...
5. I have sent, by pay to's, numerous other mailings with no responses to any of of the above mailings. As of this date, the business office (Support Services) here at DCC, refuses to provide me with an account summary, so I may verify the deductions from my account which would also verify the mailings of my numerous legal letters. I have submitted grievances, in-house letters to the Warden, to no

→

avail. — If you get this letter, please acknowledge.

Charles F. Cardone
SBI #098159 DCC
Bldg. SHU 19 B8L
1181 Paddock Road
Smyrna, DE 19977

* the postmaster at Smyrna Post Office, Diana Hurd, will not acknowledge my requests to provide me with proof of my mailings (Certified mail and Return Receipts).



Frank Cordora
6c Queens Circle
Newark De.
19702

Federal Building
Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, De.
C/O Peter T. Dalleo

19801-3570