OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-61 (1)

November 17, 2005

TO:    Charles Francis Cardone
       SBI# 098159
       Delaware Correctional Center
       1182 Paddock Road
       Smyrna, DE 19977

   RE:    **Letter Received Dated November 7, 2005**
          **CA 05-536 KAJ**
          **CA 05-600 KAJ**

Dear Mr. Cardone:

   A letter requesting acknowledgment of receipt of various documents has been received by this office.  Please be advised that it is <u>not</u> the policy of this office to acknowledge receipt of pleadings or papers filed with the Court. Your cases are pending before the Court.  You will be advised by the Court as to further developments in your case.

   If you require weekly status updates regarding your cases you can request and send payment for docket sheets for each of your cases.

   Please take note of Section 1915:  proceedings in forma pauperis.  This section of the Federal Rules of Civil Procedure applies to the filing fee in a case.  In addition, please take note of the  directive from the Judicial Conference of the United States imposing a fee of fifty ($.50) cents per page for copywork.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                          Sincerely,

                          PETER T. DALLEO
                          CLERK