To: Peter T. Dalleo

DEC. 30, 05

RE: CA 05-536 KAJ + 05-600 KAJ

FILED
JAN -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

I wish for you to provide me with a copy of each and every filing I sent to you in support of my above action numbers (1983's). For me to send you a check to cover the costs of my request, you must send me an amount... would you do that? Also, would you let me know the status of my previous request to have an attorney appointed to help me pursuant to 28 U.S.C. § 1914(d)? — Thank you and I hope and pray you and yours have a wonderful New Year.

Sincerely,

Charles F. Cardone

* Yes, I have exhausted SCI's administrative remedies through their internal grievance system pursuant to 42 U.S.C. § 1997e(a). cfc

\* I am just now, ~~mailed~~ mailing an in house request to our SHU law library to send me US Marshal forms so I may ~~serve~~ indentify and serve them while naming them in their "individual" capacity's and attempting to impose personal liability on these defendants for their actions taken under the color of ~~state~~ or federal law so I may seek damages from these defendant's personal assets. cfc

