OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 12, 2006

TO: Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

**RE: Status Letter; 05-536 and 05-600(KAJ)**

Dear Mr. Cardone:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

To: Peter T. Dalleo (26)   DEC. 30, 05

RE: CA 05-536 KAJ + 05-600 (24) KAJ

**FILED JAN -9 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

BD scanned

Sir:

I wish for you to provide me with a copy of each and every filing I sent to you in support of my above action numbers (1983's). For me to send you a check to cover the costs of my request, you must send me an amount... would you do that? Also, would you let me know the status of my previous request to have an attorney appointed to help me pursuant to 28 U.S.C. § 1914(d)? — Thank you and I hope and pray you and yours have a wonderful New Year.

Sincerely,

Charles F. Cardone

* Yes, I have exhausted SCI's administrative remedies through their internal grievance system pursuant to 42 U.S.C. § 1997e(a). cfc