Jan 7, 2006

TO: Peter Dalleo
Clerk of US District Ct, DE

RE: 05-CV-00536 KAJ
    05-CV-00600 KAJ

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

Pursuant to F.R. Civil P. Rule 4(m), I am requesting the court to extend the time for service for an appropriate period of 60 days in the above complaints. I am still waiting for DCC's SHU Law Library to send me Waiver of Service forms so I may serve these waivers on the defendants.

Respectfully

Charles F. Cardone
SBI #098159

I/M Charles F. Cardone
SBI# 098159 *JNIT SHU-19 B8L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



LEGAL MAIL

* CLERK *
U.S. District Court
Lockbox 18
844 N. King St.
Wilmington, DE
19801