Jan. 12, 06

TO: Peter Dalleo
Clerk of US District CT, DE

RE: 05-CV-00536-KAJ
05-CV-00600-KAJ

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SIR:

Brian Engram and a Mr. Young of DCC's law library will not supply US Marshal forms to me until they see the Court's acceptance of my 1983s and the Court's order to provide them (US Marshal 285's). Enclosed you will see verification of my above statement. Please acknowledge

\* Pursuant to F.R.C.P. 4(d) Waiver of Service — On December 3, 2005, I sent a request to DCC Law Library to provide me with 15 Waiver of Service forms... as of the above date (Jan. 12, 06), I have not received those forms... cfc

Respectfully,
Charles F. Carlone
SBI 098159

RECEIVED
JAN 0 3 2006
SHU Law Library

GENERAL REQUEST FORM

SHU
BLD. # 19
Cell # B8L

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

- Please send - Kilgo v. Ricks, 983 F.2d 189 (11th Cir. 1993)
- " " " - Hodge v. Police Officers, 802 F.2d 58 (2nd Cir. 1986)
- " " " - Nelson v. Redfield Lithograph Printing 728 F.2d 1003 (8th Cir. 1984)
- " " " - Bee v. Utah State Prison, 823 F.2d 397 (10th Cir. 1987

- Please send 2 (Two) 1983 Civil Complaint Kits against state officials

- Please provide 8 U.S. Marshal forms... 1 for each defendant in the above 1983's

Name Charles F. Carson   S.B.I. 098159   Date: 1-1-06

Date Received: 1/03/06
Date Sent: 1/10/06
Pay-to Log # ___
Staff Initials: MSJ

Staff Notes: Sent (4) cases - 16 pgs.; also sent 2 - 1983 complaints.

Note to I/M Cardone: We do not issue USM-285's until you receive the order from U.S. Dist. Ct. to provide them. I/M will get the order from the court after they determine case is not frivolous. MSJ.