(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _Charles F. Cardone_   _098159_
    (Name of Plaintiff)        (Inmate Number)

_SEE ADDitional_
(Complete Address with zip code)

(2) _SHEETS_
    (Name of Plaintiff)        (Inmate Number)

_1:05-cv-00536-KAJ_
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) _SEE_
(2) _ADDitional_
(3) _SHEETS_
    (Names of Defendants)

• • Jury Trial Requested

FILED
JAN 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
       including year, as well as the name of the judicial officer to whom it was assigned:

       _Related Cases:_  _1:00-cv-00118-RRM_
                        _1:02-cv-01609-KAJ_
                        _1:03-cv-00514-KAJ_
                        _1:05-cv-00600-KAJ_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • • <u>Yes</u>  • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • <u>Yes</u>  • • No

C. If your answer to "B" is <u>Yes</u>:

  1. What steps did you take? I have exhausted SCI's available administrative remedies pursuant to 42 USC §1997(e)(a)

  2. What was the result? I was transferred to DCC, Smyrna, where I am now.

D. If your answer to "B" is <u>No</u>, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: C/O Hammond, Lamonte
  Employed as C/O at Sussex Correction Inst. (SCI)
  Mailing address with zip code: PO Box 500 Georgetown, DE 19947

(2) Name of second defendant: Morgan (Female)
  Employed as C/O at SCI
  Mailing address with zip code: PO Box 500 Georgetown, DE 19947

(3) Name of third defendant: Sally
  Employed as Nurse at SCI
  Mailing address with zip code: PO Box 500 Georgetown, DE 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

YES

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. This is a complaint for damages brought under 42 USC §1983, in connection with three (3) unprovoked attacks (attacks 2 and 3 were by c/o's DRUGASH, Morris, Hazel- c/o's Hammond and Morgan respectively) on Plaintiff Charles F. Cardone, a pretrial detainee at SCI. The

2. attacks on plaintiff was a violation of my constitutional rights under the Eighth Amendment's prohibition against cruel and unusual punishment.

3. _____

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff prays for relief as follows: 1) that the court enter judgement declaring the acts of defendants violated the rights of plaintiff under the Eighth Amendment of the United States Constitution...

3

2.) that the court award general damages to plaintiff; (3) that the Court award punitive damages to plaintiff...

3. 4) that the Court grant such other further relief to plaintiff as it deems appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __January__, 2006.

_Charles F. Carlone_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Additional Sheet                                                Page 1

Address of Plaintiff — CHARLES F. CARDONE
SBI # 098159 - Bldg. — SHU (19) B8L
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
Smyrna, DE 19977

1:05-CV-00536-KAJ

—Names of Defendants—

Nurse Sally, First Correctional Medical — SCI
Superior Court Judge T. Henley Graves — Georgetown
C/O Drugash, SCI
C/O Morris, SCI
C/O Hazel, SCI
Chief Justice Myron Steele — DE Supreme Court
Jim Lupinetti — DOC Internal Affairs, Dover
Jack Sines — DOC Internal Affairs, Dover
Warden Kearney — SCI
Commissioner Stanley Taylor and Paul Howard, Chief, Bureau of Prisons



I/M Charles F. Cardona
SBI# 098159  UNIT Shu (19) B8L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL M.

* CLERK of
U.S. District Court
Lockbox 18
844 N. King St.
Wilmington DE
19801

Pour-mis