OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 28, 2006

TO:   Charles F. Cardone
      SBI #098159
      DCC

*RE:*   **Return of Payment, CA 05-536 KAJ**

Dear Mr. Cardone:

This office received a Treasurer's Check in the amount of $250.00, as payment for the full filing fees in CA 05-536 KAJ. Unfortunately, we must return the check/money order because accepting it would create a overpayment of the fees assessed in subject case. We are not able to accept an overpayment from you.

A copy of the docket is attached for your reference. Our records indicate that you made a payment of partial filing fees on 10/28/05, in accordance with the Court's order dated 8/25/05. Therefore, the balance remaining on the filing fees for this case is $229.90.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,
                              /s/
/rbe                                PETER T. DALLEO
                                    CLERK

cc:   The Honorable Kent A. Jordan, CA 05-536 KAJ
      Financial Admin.
      Alpha File