TO: Clerk of Del. Dist Ct.                    March 20, 06
RE: 05-536 KAJ

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

**FILED**
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Pete,

the enclosed paperwork is to be docketed for the judge and jury to consider as evidence and support of my allegations of excessive force by my named defendants in the above case. — I have sent an in-house request to the DCC MHU law library for the Court ordered Marshal forms so I may kick them up top to be served... by Judge Jordan dismissing my claims against the majority of State officials and agents, he is actually speeding up my desire and to place my civil actions in the hands (capable) of the 3rd Circuit Court of Appeals and, possibly, higher.

Respectfully,
Charles F. Cardone
SBI #098159

IM Charles F. Cardone
SBI# 098159 UNIT Bldg 21 C84
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

* Office of the Clerk *
U.S. District Court
844 N. King St. Lockbox 18
Wilmington DE
19801-3570