NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT



U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

CHARLES F. CARDONE

DISTRICT COURT
DOCKET NUMBER: 05-536-KAJ

v.

SEE ADDITIONAL SHEET

DISTRICT COURT
JUDGE: KENT A. JORDAN

Notice is hereby given that __Charles F. Cardone__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [✓] Order,

[ ] Other (specify) __Delaware Correctional Center's Law Library (Brian Engram) is denying my repeated requests for U.S. Marshel-285 Forms__

entered in this action on __Apr Mar. 17, 2006__
(date)

Dated: __April 14, 06__

__Charles F. Cardone Pro se__
(Counsel for Appellant-Signature)

__CHARLES FRANCIS CARDONE__
(Name of Counsel - Typed)

__1181 Paddock Road (DCC)__
(Address)

__SMYRNA - DE 19977__
(City, State Zip)

_____ (Telephone Number)

_____ (Counsel for Appellee)

_____ (Address)

_____ (City, State Zip)

_____ (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

— this is an addition/continuation/answer to april 14, 06 my numerous individuals (defendants) in this consolidated civil rights action pursuant to 42 U.S.C. §1983 and Kent A. Jordan's order dated 2006 Mar 17 PM 12:17:

Consolidated
Civ. No. 05-536-KAJ
Civ. No. 05-600-KAJ

RECEIVED mail m APR 1 8 2006 95° 1-0 U.S.C.A. 3rd CIR.

— United States District Judge Kent A. Jordan's order is as follows: 1. the motions for appointment of counsel (Civ. No. 05-536-KAJ, D.I. 18; Civ. No. 05-600-KAJ, D.I. 16) are DENIED without prejudice.
2. the claims against Stan Taylor, Paul Howard, Governor Ruth Ann Minner, Judge T. Henley Graves, Chief Justice Myron Steele, Jack Sines, Warden Kearney, Cpt. Timothy Winstead, and Cpl. 3 R. Fenney are DISMISSED without prejudice.... I may PROCEED with remaining claims. AT this point, allow me to state "I (Charles F. Cardone) requested of the district court that all my claims against all these defendants were to be decided in their INDIVIDUAL CAPACITIES:

## DEFENDANTS:

HAMMOND - C/O
MORGAN - C/O Female
STAN TAYLOR
PAUL HOWARD
GOV. RUTH ANN MINNER
FIRST CORRECTIONAL SCI
JONATHON BAKER - C/O
FLOYD - C/O

CHAFFINCH - C/O
DRUGASH - C/O
MORRIS - C/O
HAZEL - C/O
Chief Just. Steele
NURSE SALLY

JIM LUPINETTI
Jack SINES
W. RICH KEARNEY
Cpt. TIM Winstead

(CON'T) →

Furthermore, SCI transferred me to DCC, Smyrna, DE prison, in May of 2005... since then, and continuing to this date, I am being subjected to retaliatory tactics and conditions by the state of Delaware and its agents (Wardens, prisons, Dept. of Corrections, etc.) I am now, and have been for the last 10 years, in constant fear of my life, as evidenced by numerous macings and near death beatings I have endured. Dt 4-14-06

Charles T. Cardone
SBI #098159
DCC, Smyrna Prison, DE

I/M _Robert Cordone_
SBI# _283159_   UNIT _Bldg. 17 CU4_

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL

*United States Courts of Appeals*
For The Third Circuit
21400 United States Court House
601 Market Street
Philadelphia, Pa.
19106-1790

U.S.M.S. X-RAY
U.S.M.S. X-RAY
U.S.M.S. X-RAY