OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON** | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | 215-299-(4923) |

Website: http://www.ca3.uscourts.gov

April 21, 2006

## NOTICE OF DOCKETING OF APPEAL

**In Re: Cardone v. Hammond, et al.**
**D.C. No.: 05-cv-00536**

**(Honorable Judge Kent A. Jordan)**

An appeal by   **Charles F. Cardone**   filed in the above-caption case on 3/17/06, and docketed in this Court on 4/21/06, at No. **06-2358**.

Kindly use the Appeals Docket No. **06-2358** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Charlene Crisden** at Charlene_Crisden@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

                                              **Marcia M. Waldron**
                                              **Clerk**