IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-536-KAJ |
| | ) | |
| JONATHAN BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Officer Morgan, Officer Hazel, James Lupinetti, Officer Chaffinch, Officer Drugash and Officer Floyd. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

      STATE OF DELAWARE
      DEPARTMENT OF JUSTICE

      /s/ Lisa Barchi
      Deputy Attorney General I.D. # 3927
      Department of Justice
      820 N. French Street, 6th floor
      Wilmington, DE 19801
      (302) 577-8400
      lisa.barchi@state.de.us

Dated: JULY 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on July 7, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Charles Cardone
SBI # 098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Lisa Barchi
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us