IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 05-536-KAJ |
| | ) |
| JONATHAN BAKER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES NOW, the Defendants Officer Morgan, Officer Hazel, James Lupinetti, Officer Chaffinch, Officer Drugash and Officer Floyd by and through their undersigned counsel, and hereby respond to the First Amended Complaint of Plaintiff Charles Cardone ("Cardone" or "Plaintiff"), filed August 15, 2005 (D.I. 4) (the "Complaint"). The Complaint is not formatted in paragraphs nor is it numbered. Therefore Defendants respond to the Complaint as follows:

STATEMENT OF CLAIM

Denied that Plaintiff's civil liberties were denied in any manner. Denied that any Defendant used excessive force on Plaintiff on any occasion. Denied that Plaintiff suffered any injury at the hands of Defendants on any occasion. Denied that Defendants assaulted Plaintiff on any occasion. Denied that Defendants caused any alleged injury claimed by Plaintiff. Denied that Defendants caused Plaintiff any mental pain and suffering due to any alleged assaults.

RELIEF

Denied that Plaintiff is entitled to any relief.

## DEFENSES and AFFIRMATIVE DEFENSES

1. This action and all claims are barred by Eleventh Amendment immunity.

2. The Defendants are entitled to qualified immunity.

3. This action fails to state a claim upon which relief can be granted.

4. The Plaintiff has failed to exhaust his administrative remedies.

5. As to any claims under state law, the Defendants are entitled to immunity under the State Tort Claims Act, 10 Del. C. § 4001 *et seq*.

6. As to any claims under State law, the Defendants are entitled to sovereign immunity in their official capacities.

7. The Plaintiff's claims are barred by his comparative negligence.

8. Insufficiency of service of process.

9. Insufficiency of process.

10. Lack of personal jurisdiction.

11. Lack of subject matter jurisdiction.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Lisa Barchi, I.D. # 3927
Deputy Attorney General
820 North French Street, 6th Fl.
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: July 7, 2006                    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed *Defendants' Answer to Plaintiff's First Amended Complaint* with the Clerk of Court using CM/ECF.  I hereby certify that on July 7, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Charles Cardone
SBI # 098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us