# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| | ) | CONSOLIDATED |
| Plaintiff | ) | C.A. No. 05-536-KAJ |
| | ) | C.A. No. 05-600-KAJ |
| v. | ) | |
| | ) | |
| CORR.OFFICER HAMMOND, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo Esquire, as attorneys for defendant First Correctional Medical and Sally Laux, RN, in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

                                                    **McCULLOUGH & McKENTY, P.A.**

                                                    /s/ Dana Spring Monzo
                                                    Daniel L. McKenty, Del. Bar No. 2689
                                                      Dana Spring Monzo, Del. Bar No. 4605
                                                      1225 N. King Street, Suite 1100
                                                      P.O. Box 397
                                                      Wilmington, DE 19899-0397
                                                      (302) 655-6749
                                                      Attorneys for First Correctional Medical and
                                                      Sally Laux, RN

July 7, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| | ) | CONSOLIDATED |
| Plaintiff | ) | C.A. No. 05-536-KAJ |
| | ) | C.A. No. 05-600-KAJ |
| v. | ) | |
| | ) | |
| CORR.OFFICER HAMMOND, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Entry of Appearance* was served electronically, and via first class mail, upon the following:

Lisa Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801-3509

Charles Cardone
SBI # 098159
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical and
Sally Laux, RN

July 7, 2006