UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE ) | |
| ) | |
| ) | CONSOLIDATED |
| Plaintiff ) | C.A. No. 05-536-KAJ |
| ) | C.A. No. 05-600-KAJ |
| v. ) | |
| ) | |
| CORR.OFFICER HAMMOND, ET AL ) | JURY OF 12 DEMANDED |
| ) | |
| Defendants. ) | |

## ANSWER OF DEFENDANTS FIRST CORRECTIONAL MEDICAL AND SALLY LAUX, RN

Defendant First Correctional Medical, hereinafter "FCM", and Sally Laux, RN, collectively "answering defendants", respond as follows to the allegations set forth in the plaintiff's Complaint forms:

1. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

2. Denied that answering defendants had any role in the alleged injury or disfigurement of the plaintiff on May 18, 2005.

3. Denied that answering defendants were deliberately indifferent to a serious medical need.

## AFFIRMATIVE DEFENSES

4. Plaintiff fails to state a claim upon which relief may be granted.

5. Plaintiff fails to state a 42 U.S.C. §1983 claim against FCM and Sally Laux, RN.

6. The complaint fails to state a claim against defendant FCM upon which plaintiff may

recover with respect to all claims for civil rights violations, including all claims under 42 U.S.C. §1983 and the 8th Amendment of the Constitution of the United States, as there is no vicarious liability for civil rights claims.

7.  The complaint fails to state a claim against answering defendants upon which plaintiff may recover with respect to all civil rights claims as answering defendants were not deliberately indifferent to a serious medical condition.

8.  Plaintiff failed to properly plead a medical malpractice action against answering defendants.

9.  Plaintiff failed to file an affidavit of merit pursuant to 18 Del. C. § 6853.

10. Answering defendants provided plaintiff with medical care that was appropriate for his conditions and which met the applicable standards of care.

11. Plaintiff has failed to proffer any medical expert testimony or support for his claims of medical negligence.

12. Plaintiff has failed to exhaust his administrative remedies.

**WHEREFORE,** the answering defendants ask that the Complaint against them be dismissed with prejudice and all costs be assessed against the plaintiff.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical and
Sally Laux, RN

July 7, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE ) | |
| ) | |
| ) | CONSOLIDATED |
| Plaintiff ) | C.A. No. 05-536-KAJ |
| ) | C.A. No. 05-600-KAJ |
| v. ) | |
| ) | |
| CORR.OFFICER HAMMOND, ET AL ) | JURY OF 12 DEMANDED |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Answer of Defendants First Correctional Medical and Sally Laux, RN,* was served electronically, and via first class mail, upon the following:

Lisa Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801-3509

Charles Cardone
SBI # 098159
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical and
Sally Laux, RN

July 7, 2006