## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 11, 2006

Charles Cardone
SBI #098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE   19977

Lisa Barchi, Esq.
Department of Justice
820 N. French Street - 6th Fl.
Wilmington, DE   19801

Dana Spring Monzo, Esq.
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Re:   Charles Cardone v. Correction Officer Hammond, et al.
      Civil Action No. 05-536-KAJ (Consol.)

Dear Mr. Cardone and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court