In the United States District Court
for the District of Delaware

Charles Cardone,
    Plaintiff,

v.

Jonathan Baker, et al.,
    Defendants

C.A. No. 05-536-KAJ

## Motion For Appointment of Counsel

The Plaintiff, Charles Cardone, refiles this Motion for Appointment of Counsel pursuant to Judge Kent A. Jordon's order of March 17, 2006 "to refile following service." Plaintiff offers the following resons for needing assistance in representation:

1. The complexity of federal civil law;

2. the complex nature of the issues involved in my claim; &

3. the lack of education or literacy that impairs my ability to adequately prepare my case.

Lastly, plaintiff does not provide supporting authority in my need for counsel.

Dated: July 14, 2006

FILED
JUL 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Certificate of Service

I hereby certify that on July 14, 2006, I handed this Motion for Appointment of Counsel to a Correction Officer at Delaware Correctional Center (DCC) to be placed in DCC's mail system to be sent to:

1) Judge Kent A. Jordan
   U.S. District Court
   844 N. King St., Lockbox 18
   Wilmington, DE 19801-3570
   — C.A. No. 05-536-KAJ

2) Lisa Barchi
   Deputy Attorney General
   Department of Justice
   820 N. French St., 6th Floor
   Wilm. DE 19801

by:

Charles F. Cardone
SBI #098159-DCC
Bldg. SHU (17) CU 4
1181 Paddock Rd
Smyrna, DE 19977

Dated: July 14, 2006

IM Charles F. Cardone
SBI# 098159  UNIT SHU (7) CU 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL
18 JUL 2006

District Court Judge Kent A. Jordan
U.S. District Court
844 N. King St., Lockbox 18
Wilm   DE
19801-3570

* 05-536 KAS