BPS-256
June 22, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-2358**

CHARLES F. CARDONE

v.

CORRECTION OFFICER HAMMOND, ET AL.
(District of Delaware Civil Nos. 05-cv-00536 and 05-cv-00600)

Present: RENDELL, AMBRO and GREENBERG, Circuit Judges

Submitted are:

(1) By the Clerk for possible dismissal due to a jurisdictional defect; and

(2) Appellant's jurisdictional response; in the above-captioned case.

Respectfully,

Clerk

MMW/EGL/clc

_____O R D E R_____

The foregoing appeal is dismissed because the Court lacks jurisdiction to review the district court's interlocutory order. The district court's order of March 17, 2006, dismissed appellant's claims against nine of the twenty named defendants and also denied appellant's motion for the appointment of counsel. Neither aspect of the order is presently appealable. Under 28 U.S.C. § 1291, this Court generally has jurisdiction only over "final decisions" of the district courts which dismiss "all claims as to all parties." Mellon Bank, N.A. v. Metro Comms., Inc., 945 F.2d 635, 640 (3d Cir. 1991). Here, the district court's order dismissed appellant's claims against only nine of the twenty named defendants but allowed his claims against the remaining eleven defendants to proceed. Nor is the district court's denial of appellant's motion for the appointment of counsel presently appealable, because it is neither a final decision nor an order that qualifies for immediate appeal under the "collateral order" doctrine. See Smith-Bey v. Petsock, 741 F.2d 22, 26 (3d Cir. 1984). Accordingly, the foregoing appeal is hereby dismissed.

By the Court,

/s/Marjorie O. Rendell
Circuit Judge

A True Copy:

Marcia M. Waldron, Clerk

2

Dated: July 20, 2006
tmk/cc: Mr. Charles F. Cardone
       Lisa Barchi, Esq.