# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
New Castle County

July 25, 2006

The Honorable Kent A. Jordan
United State District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *Charles Cardone v. Hammond, et al.*
           C.A. 05-536-KAJ

Dear Judge Jordan:

    After conferring with Dana Monzo, counsel for defendant First Correctional Medical, we have chosen August 14, 2006 at 11 A.M. for the Rule 16 scheduling teleconference. I will be seeing Mr. Cardone on another matter in the next week, and will discuss the proposed scheduling order with him at that time. I will also arrange for Mr. Cardone to be available from DCC by telephone for the teleconference.

    Should Your Honor have any questions or concerns, Counsel is available at Your Honor's convenience.

                                Respectfully Submitted,

                                /s/Lisa Barchi
                                Deputy Attorney General

Xc:    Clerk of Court
        Dana Monzo, Esquire, via PACER
        Charles Cardone