LAW OFFICES

# MCCULLOUGH & MCKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA)<br>DANIEL L. MCKENTY (DE)<br>GERALD J. HAGER (DE, PA)<br>DANA SPRING MONZO (DE, PA) | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397 | PENNSYLVANIA OFFICE<br>123 S. Broad STREET<br>Suite 2035<br>Philadelphia, PA 19109 |
| PARALEGALS<br> JUSTINA K. BAYLESS<br> CANDACE E. HOLMES<br> LAURA B. SPENCE<br> MARY S. MOONEY | TEL: (302) 655-6749<br>FAX: (302) 655-6827 | **Writer's Direct Contact**<br>Telephone Extension: 31<br>dmonzo@mccmck.com<br>www.mccmck.com |

July 26, 2006

The Honorable Kent A. Jordan
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

    **RE:**    **Cardone v. Hammond**
              **C.A. No. 05-536-KAJ**

Dear Judge Jordan:

    Counsel for First Correctional Medical and nurse, Sally Laux, hereby adopts and incorporates by reference the State defendants' opposition to Plaintiff's Motion for Appointment of Counsel, D.I. 61.

    Please do not hesitate to contact me should you have any questions or concerns on anything contained herein. I remain,

                                    Respectfully yours,

                                    /s/ Dana Spring Monzo
                                    Dana Spring Monzo

DSM:ceh
H:\FILES\DAN\Cardone\Jordan1 - opposition.wpd
    cc:    Mr. Charles F. Cardone