# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
**Attorney General**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
New Castle County

August 2, 2006

The Honorable Kent A. Jordan
United State District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

        Re:  *Charles Cardone v. Hammond, et al.*
             C.A. 05-536-KAJ

Dear Judge Jordan:

    Dana Monzo, defense counsel for First Correctional Medical and I reviewed the form of scheduling order posted on your website and agreed on discovery deadlines. I then printed a copy of the scheduling order and filed in the deadlines. On July 31, 2006 I spoke with Charles Cardone when I was at DCC. I gave him a copy of the scheduling order with the discovery deadlines filled in, which Ms. Monzo and I previously agreed to. Mr. Cardone accepted the copy of the scheduling order from me but had no comment regarding the deadlines. Therefore, I do not know if he will agree to the deadlines we settled on.

    Regarding the scheduling conference, I explained to Mr. Cardone that he will participate by phone like the other parties. He was told that arrangements will be made for him to participate in the teleconference, and he was given the date and time of the teleconference. In addition, the Legal Services Administrator at DCC was also given the information.

    On the nest page I have listed the dates for discovery deadlines Ms. Monzo and I have agreed upon. Should Your Honor have any questions, counsel are available at Your Honor's convenience.

                                   Respectfully Submitted,

                                   /s/Lisa Barchi
                                   Deputy Attorney General

Xc:    Dana Monzo, Esq., via PACER
           Charles Cardone

## **Proposed Discovery Schedule**

Joinder of other Parties and Amendment of Pleadings:    August 31, 2006

Discovery:

    Limitation on Hours for Deposition Discovery:    7

    Discovery Cut Off:    March 30, 2007

Interim Status Report:    January 31, 2007

Case Dispositive Motions:    April 30, 2007