In the United States District Court
For the District of Delaware

Charles Cardone,
   Plaintiff,

v.

Jonathan Baker, et al.,
   Defendants

C.A. No. 05-536-KAJ

Jury Trial Demanded

## Plaintiff's Response to Defendants' Answer to Plaintiff's First Amended Complaint

As to Defendants <u>Statement of Claim</u>, dated July 6, 2006, the date of the above Defendants' Answer, Plaintiff responds:

1. Defendants deny: that Plaintiff's civil liberties were denied, that Defendants used excessive force on Plaintiff, that Plaintiff suffered any injury, that Plaintiff was assaulted by Defendants, that Defendants caused Plaintiff any mental pain and suffering due to any alleged assaults... lastly, that Plaintiff is entitled to any relief. Plaintiff's response is: Judge Jordan states in his Memorandum Order dated March 17, 2006, in Cardone v. Hammond, et al., "Cardone has raised what appears at this point to be cognizable Eighth Amendment claims for excessive force, failure to protect, failure to investigate, and deliberate indifference to serious medical needs against"... (Defendants). "He is allowed to PROCEED with these claims."

2. To conclude, Plaintiff responds: Not one of the eleven Defenses and Affirmative Defenses Defendants' counsel lists, the cognizable claims stated by Judge Jordan in his Memorandum Order dated March 17, 2006, in Cardone v. Hammond, et al., have NOT been addressed by Defendants' counsel. Because of Plaintiff's incarceration, because of Plaintiff's administratively illegal classification to maximum security status by Delaware DOC, because of Plaintiff's extreme limited access to DCC's prison law library (which, as a result, prejudices and hinders Plaintiff's right of access to our court system) Defendants' counsel must stop attempting to abrogate the district judge's orders and memorandum's of law. Her July 7, 2006, Answer to Plaintiff's First Amended Complaint and Defendants' counsel's July 25, 2006 Opposition for Appointment of Counsel are prima facie evidence of Defendants' counsel's above mentioned tactics.

3. Wherefore, Plaintiff prays that the court will grant Plaintiff relief to which he may be entitled in this proceeding.

(Con't) →

Page 3 of Plaintiff's Response to Defendants' Answer... in C.A. No. 05-536-~~KAJ~~  3

Dated: July 30, 2006

Charles F. Cardone
Prisoner
SBI #098159
Smyrna, DE 19977

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of the Plaintiff's Response to Defendants' Answer to Plaintiff's First Amended Complaint has been handed to a Delaware Correctional Center guard to place said Response in DCC's mailing system this __1__ day of __AUG__, 2006 to be mailed via United States mail to:

Lisa Barchi, DAG
Dept. of Justice
820 N. French St. 6th Floor
Wilmington, DE 19801
Attorney for Defendants
05-536-KAJ-C.A.NO.

by: Charles F. Cardone
SBI #098159-DCC
Bldg. SHU (17) C-U 4
1181 Paddock Road
Smyrna, DE 19977

Dated: July 30, 2006

IM Charles F. Cardone
SBI# 098159   UNIT SHU-(7) C/U 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 AUG 2006 PM 4 L T

Chambers of Judge Kent Jordan
844 King St. Lockbox 10
U.S. Court House
Wilmington DE
19801

U.S.M.S.
X-RAY

Poor-meis