In The United States District Court
For the District of Delaware

Charles F. Cardone,
    Plaintiff,
  v.
Jonathan Baker, et al.,
    Defendants

C.A. No. 05-536-KAJ

Jury Trial Demanded

## Statement by Plaintiff in Further Support of His Motion for Appointment of Counsel, D.I. 61

Come Now, the plaintiff pro se in the above C.A. No., represents as follows:

Lisa Barchi states in her July 25, 2006, Opposition to Plaintiff's Motion For Appointment of Counsel as well as Dana Spring Monzo's July 26, 2006, letter to the Honorable Kent A. Jordan (Barchi and Monzo are attorneys of record for defendants) in No. 4 of State Defendants Opposition ...."It is solely within the Court's discretion to appoint counsel for the plaintiff; however, such an appointment is "usually only granted upon a showing of special circumstances indicating a likelihood of substantial prejudice to him resulting..." plaintiff states the following:

1. Plaintiff is locked down 47 hours with 1 hour of maximum security accessibility for recreation (walled, fenced, individual yard) and shower time ...
2. I have been illegally administratively classified to

Page 2 of Plaintiff's Statement in Further Support of His Motion For Appointment of Counsel in 05-536-KAJ

2

maximum security status since Aug. 11, 2005, this classification is the result of diesel therapy, which is one of the results of not having any sort of Dept. of Correction hearing,

3. Due to this maximum security status, in which I am severely limited to access to this SHU (Secured Housing Unit a.k.a. Maximum Security) law library, which is a miniature version of this prison's main law library, Plaintiff is unable to timely, and properly, research the start of the complex nature of the issues Defendants' counsels' are presenting in this Civil Action...

Whereby, due to plaintiff's minimal access to law library and legal materials and maximum security status, plaintiff Cardone prays for this Honorable Court to grant appointment of counsel... should the Court deny this request, Plaintiff then seeks a 90 day extension to properly prepare and present to this Court and Defendants' counsels' mixed arrays of oppositions, denials, etc., in this Civil Action. The 90 day request for extension to expire October 29, 2006.

Charles F. Cardone, pro se
SBI# 098159-DCC
Bldg (17) CU 4
Smyrna, DE 19977

Dated: July 29, 06

# Certificate of Service

3

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of the Statement by Plaintiff in Further Support of His Motion For Appointment of Counsel has been handed to a Delaware Correctional Center guard to place said Statement in DCC's mail system this 1 day of AUGUST, 2006, to be mailed via United States mail to:

Lisa Barchi, DAG
Dept. of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
Attorney for Defendants
05-536-KAJ - C.A. No.

and

Dana Spring Monzo
1225 N. King St.,
Suite 1100, P.O. Box 397
Wilmington, DE 19899
Attorney for Defendant
C.A. No. 05-536-KAJ

by: Charles F. Cardone, pro se
SBI 098159 - DCC
Bldg. (17) CU4-SHU
Smyrna, DE 19977

Dated: July 30, 2006

I/M Charles F. Cardone
SBI# 098159   UNIT SHU 7 cu 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977

WILMINGTON DE 19874
04 AUG 2006 PM 1 T

Chambers of Judge Kent Jordan
844 King St., Lockbox 10
U.S. Court House
Wilmington   DE
19801