Aug. 1, 06

1:05-CV-536 has been paid, in full, by plaintiff Charles Cardone via 2 checks. A ~~Treasurer's~~ Treasurer's Check dated March 10, 2006, No. 231206 and a PNC Bank Check from DE Correctional Ctr CK #8047 ($20.10) with DE District Court's #141019-EW October, 28, 2005. The above Treasurer's Check in the amount of $229.90 and prison's PNC Bank check in the amount of $20.10 equals the $250.00 filing fee for the above CA No. Send my $33.00 back to me C/O Business Office and include my SBI #098159 on the government check.

P.S. 1:05-CV-536 and 1:05-CV-600 are paid in full.

Charles F. Cardone
SBI #098159
DCC prison

## Other Events
1:05-cv-00536-KAJ Cardone v. Hammond et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from rpg, entered on 7/28/2006 at 8:22 AM EDT and filed on 7/27/2006
**Case Name:**      Cardone v. Hammond et al
**Case Number:**    1:05-cv-536
**Filer:**          Charles F. Cardone
**Document Number:**

**Docket Text:**
Partial Filing Fee Received from Charles F. Cardone: $ 33.00, receipt number 144204 (copy to business office) (rpg, )

The following document(s) are associated with this transaction:

**1:05-cv-536 Notice will be electronically mailed to:**

Lisa Ann Barchi     lisa.barchi@state.de.us,

Dana Spring Monzo     dmonzo@mccmck.com

**1:05-cv-536 Notice will be delivered by other means to:**

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

