IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSOLIDATED |
| v. ) | Civ. No. 05-536-KAJ |
| ) | Civ. No. 05-600-KAJ |
| CORRECTION OFFICER HAMMOND, ) | |
| CORRECTION OFFICER MORGAN, ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| C/O JONATHON BAKER, C/O FLOYD, ) | |
| C/O CHAFFINCH, FIRST ) | |
| CORRECTIONAL SCI NURSE SALLY, ) | |
| C/O DRUGASH, C/O MORRIS, ) | |
| C/O HAZEL, and JIM LUPINETTI, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington, this 14th day of August, 2006,

For the reasons set forth by the Court during the telephone conference today,

IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (D.I. 57) is DENIED without prejudice.

                                             _____
                                             UNITED STATES DISTRICT JUDGE