Aug 8, 2006

The Honorable Kent A. Jordan
United States District Court          RE: Cardone v. Hammond, et al.
Wilmington DE                              C.A. 05-536-KAJ

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

1

Sir:

 I am in receipt of Lisa Barchi's August 2, 2006 re: our scheduling conference of Aug. 14, 2006. I, of course, do agree with the deadlines. Unless this building I am housed in should be destroyed by terrorists and me along w/ it, I should be available for the teleconference.

 I am in the dark as to DAG Barchi's reference of "the Legal Services Administrator at DCC"... if this Administrator is a prisoner's rights advocate, I should want to meet personally with him/her.

 Lastly, I see in the Proposed Discovery Schedule that August 31, 06, the end of this month, is the last day for the joinder of other Parties and Amendment of Pleadings... I am requesting of his Honor, with the agreement of opposing parties, that the August 31, 06 deadline be extended, at the very least, to 120 days past the above deadline because I, in my wrongfully-classified status to Maximum Security status since Aug. 11, 05, must contend with extreme delays to access this prison's law library, which in turn deprives me, in the timely set deadlines requirements set by Delaware District Court regulations and policies, of access to the Court. — Finally, I have submitted the enclosed Motion to Amend Plaintiff's Pleadings By Noticing the Court and Opposing Parties of the Presence of a Witness to the beating and attempted murder of Plaintiff by C/O Jonathan Baber...

(Con't) →

Page 2 of Plaintiff Cardone's letter of Aug 6, 2006 to Judge Jordon... C.A. 05-536 KAJ

2

Respectfully submitted by
Charles F. Cardone
SBI #098159 – DCC
Bldg. SHU (17) CU 4
1181 Paddock Road
Smyrna DE 19977

Date: August 6, 2006

# Certificate of Service

3

I, <u>Charles F. Cardone</u>, hereby certify under penalty of perjury that a true and correct copy of the enclosed letter to Judge Jordan of Delaware District Court along with the enclosed Motion to Amend Pleadings by the Addition of the Name of a Witness in C.A. 05-536, by placing the above in postage paid envelopes and handing these envelopes to a DCC guard to place in DCC's mailing system this date and day to mail to the below parties this __9__ day of __August__ to:

Lisa Barchi, DAG
820 N. French St.
Wilmington DE 19801

and

Dana Spring Monzo, Esq
1225 N. King St., Suite 1100
P.O. Box 397
Wilm. DE 19899

by:
Charles F. Cardone
SBI #098159-DCC
Bldg. SHU(17)CU4
Smyrna, DE
19977

Dated: Aug. 6, 2006

IM Charles F Cardone
SBI# 259459 UNIT SHU (17) CU 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

* Chambers of Kent A. Jordan
U.S. District Court, Delaware
Lockbox 10 844 King St.
U.S. Courthouse
Wilmington DE
19801

Pour-moi