United States District Court
District of Delaware

Charles Cardone,
    Plaintiff,
    V.
La Monte Hammond, et al.,
    Defendants

C.A. No. 05-536-KAJ

Jury of 12 Demanded

FILED AUG 14 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

<u>Motion To Amend Complaint To Notify the Court and Defendants of the Presence of Plaintiff's Witness to the Beating and Attempted Murder of Plaintiff.</u>

    Plaintiff respectfully requests, pursuant to Fed. R. Civ. P. 15, this Honorable Court to allow Plaintiff to notify this Court and Defendants the presence of a witness to support Plaintiff in this Civil Action. This motion is made on the grounds that:

1. Plaintiff received Defendants Answer to Plaintiff's First Amended Complaint of July 7, 2006.

2. Plaintiff, who is representing himself on a pro se basis, was aware that the, as yet, unnamed witness, saw and was witness to the entire beating and attempt of murder on Plaintiff Cardone.

3. that approximately 3 weeks ago, 2nd or 3rd week

(Con't) ⟶

Page 2 of Plaintiff's request to the court to allow this amended complaint re Civ. Act. No. 05-536-KAJ

2

of July, 2006, on Plaintiff's medical trip to Lewes, Del., Plaintiff reconnected with his witness. This occurred in the DCC prison van transporting DOC prisoners to Georgetown, Del.

4. Plaintiff was then able to get witness's SBI No. to enable Cardone and the Court to establish contact with the witness to corroborate plaintiff's stated Eighth Amendment's guarantee to be free of cruel and unusual punishment and to controvert Defendants' claims of July 7, 2006, that Plaintiff's civil liberties were denied, inter alia, in any manner.

5. That this plaintiff's witness saw Correctional Officer Jonathan Baker on or about November (the last week) of 2004, while plaintiff was handcuffed FROM behind, slam Cardone's head into a brick wall and steel door in Baker's murderous attempt on Plaintiff's life.

6. That plaintiff respectfully submits TO the Court to allow this Motion to Amend.

Dated: August 5, 2006

Charles F. Cardone, Plaintiff
SBI # 098159

Certificate of Service                    3

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of the Motion to Amend Complaint and request to the Court to allow Motion to Amend in Civ. Act. No. 05-536-KAJ. has been provided to the below-listed parties, by handing said Motion in a postage-paid envelopes to a DCC prison guard to place said envelopes in DCC mailing system on this 9 day of August 2006 to:

Lisa Barchi, DAG
820 N. French St.
Wilmington DE 19801

and

Dana Spring Monzo, Esq.
1225 N. King St., Suite 1100
P.O. Box 397
Wilm. DE 19899

by:
Charles F. Cardone
SBI# 098159 - DCC
Bldg. SHU (17) CU 4
Smyrna, DE 19977

Dated: August 6, 2006

I/M Charles F Cardone
SBI# 209459 UNIT SHU (17) CU4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

\* Chambers of Kent A. Jordan
U.S. District Court, Delaware
Lockbox 10  844 King St.
U.S. Court House
Wilmington  DE
19801

Pour-Mia