In the United States District Court
District of Delaware

1

Charles F. Cardone,
    Plaintiff,
    v.
Jonathan Baker, et al.,
    Defendants

Civ. Act. No. 05-536 KAJ

Jury Trial Demanded

FILED
BD scanned
AUG 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's Request For Permission To Submit Additional Names of Correctional Officers in Support of Plaintiff's Above Civil Action.

Cardone presents the following in support of his above request:

1. The Court has set August 31, 2006, on or before, Joinder of other Parties and Amendment of Pleadings to be filed.

2. Plaintiff submits, for the Court's consideration, the following names of 2 Sussex Correctional Institution's Correctional Officers: LT. G.R. Johnson, and Correctional Officer Perry.

3. That these 2 officers, Plaintiff asserts, will show to the Court and jury the truthfulness and correctness of Plaintiff's allegations in the above complaint number.

4. That should the Court decide to permit Plaintiff's above request, the taking of depositions of LT. G.R.

Page 2 of Plaintiff Cardone's Request for the Addition of Names in Civil. Act. No. 05-536-KAJ

2

Johnson and Correctional Officer Perry is agreed upon by Cardone.

5. That the Court order the inclusion of the enclosed March 7, 2006 and June 6, 2006 narrative as a docket entry in the above complaint.

Whereby, Plaintiff prays for the granting of the relief by this Honorable Court in this Motion presented at this time.

Charles Cardone, pro se
SBI#098159-DCC

Dated: August 8, 2006

## Certificate of Service

3

I, Charles F. Cardone, hereby certify under penalty of perjury, that a true and correct copy of the Plaintiff's Request For Permission to Submit Additional Names has been handed to a Delaware Correctional Center guard to place said Request in DCC's mail system this 15 day of August, 2006 to be sent via United States mail to:

Lisa Barchi, DAG
Dept. of Justice
820 N. French St. 6th FLR
Wilmington, DE 19801
Attorney for Defendants
05-536-KAJ

and

Dana Spring Monzo, Esq.
1225 N. King St.,
Suite 1100, PO Box 397
Wilmington, DE 19899
Attorney for Defendants
05-536-KAJ

by:

Charles Cardone, pro se
SBI# 098159-DCC
Bldg (17) CU4-SHU
Smyrna, DE 19977

Dated: August 15, 2006

3-7-06

*I wish to add LT. G.R. Johnson, an officer at SCI, as a defendant to these 2 aforementioned 1983(s)... and Correctional Officer Perry, at SCI at the time of Baker's failed attempted murder of me. This C/O Perry I know of another black C/O Perry at SCI, but, the Perry I wish to name as a defendant usually works in the SCI GYM at the times I was at SCI... the years I remember C/O Perry working the GYM at SCI were, approp, from 2002 to the time I was attacked by Baker. The following statements by me, I will be more than willing to swear on a stack of Bibles as to it's validity and truth: the day after Baker tried to kill me, I went to GYM call and was sitting on an apparatus in the GYM when C/O Perry walked in front of me and asked me "what happened to you?"... referring to the gash over my right eye.... I said "Baker" to which C/O Perry replied "this shit has to stop..." and he continued walking this is a true and accurate statement by me, Charles F. Carbone, as I remember it. — Charles F. Carbone

\* As to Lt. O.K. Johnson, I told them about Drugash attacking me, unprovoked, the following day. As he (Johnson) passed by my cell in the behavior Mod, I called him and C/O Hazel over and LT Johnson opened my cell door so we could talk clearly. C/O Hazel was standing next to LT. Johnson when I asked Hazel to substantiate my allegations to LT. Johnson re Drugash's attempted murder of me... Hazel said he did not see anything, he said he didn't know what I was talking about. The previous night when Drugash attacked me, Hazel was one of the C/Os who were standing in the door of my cell during this unprovoked attack, along with the other C/Os and the First Correctional nurse who witnessed this attack. I am requesting of the court to depose LT. Johnson to verify and substantiate my above statement. I am now requesting the court to use this narrative and my narrative on the reverse side of this paper to do the same concerning C/O Perry... I can only hope C/O Perry remembers my statement on the flip side to show the court that the unprovoked beatings (I should state at this point that there is no such thing (or, there should be no such thing) as a provoked attack on any handcuffed prisoner) and sprayings are, and have been, on going happenings at SCI. I have been at SCI on again, off again, since 1996 and have personally been a victim of beatings and unnecessary sprayings. I have filed several 1983s including the 3 most recent, 05-0536-KAJ, and will endeavor to follow through on 536 to collect damages in the millions of dollars and to bring to light to the courts, (and to the Dept. of Justice's on going investigation of Del. prisons) these on-going severe and serious violations of our 8th Amend. rights to be free of cruel and unnecessary punishment. cfc

6-9-06

I/M Charles F. Cardone
SBI# 098159   UNIT SHU (7) CU4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Pow-mia

LEGAL

* Clerk *
United States District Court
844 N. King St., Lockbox 18
Wilmington
DE
19801-3570

U.S.M. X-RAY