In the United States District Court
For the District of Delaware

1

Charles F. Cardone,
    Plaintiff,

v.

Jonathan Baker, et al.,
    Defendants

C.A. No. 05-536-KAJ

Jury Trial Demanded

Application For Ex Parte Payment of Docket Entrys and Docket Sheets And ALL Documents and Papers Submitted in the Above Civil Action

Now Comes the Plaintiff, Charles F. Cardone, and respectfully represents:

1. that I am indigent.
2. that I am acting pro se.
3. that there has been no substantial change in Plaintiff's financial circumstances since the court, KAJ, awarded Plaintiff in forma pauperis in 05-536.
4. that Plaintiff, Charles F. Cardone, requests copies of all docket entrys, documents, and any other paperwork submitted by Plaintiff in support of 05-536- and respectfully prays that the State and/or Federal Government pay for the cost of the above copies to be paid promptly at public expense.
5. To date, defendant's counsels cite numerous D.I.'s in defendant's ANSWER TO Plaintiff's First Amended Complaint and State Defendant's Opposition to

FILED
AUG 18 2006
BD scanner
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Page 2 of Application For Ex Parte Payment
For Charles F. Cardone in C.A. No. 05-536-KAJ

2

To Plaintiff's Motion for Appointment of Counsel.

6. that Plaintiff Cardone is unable to deny, object-to, or otherwise ANSWER defendant's responses to Cardone's complaint because Cardone did not catalog materials stated in #4 and submitted same to the court, thereby, Plaintiff is unable to refer to those materials stated in #4 for purposes of rebuttal of defendant's ANSWERS. For example... Plaintiff Cardone does not know what "(D.I.4)" is because Cardone does not have copies of docket entries or copies of materials stated in #4.

7. Wherefore, Plaintiff Cardone respectfully requests that the Honorable Court grant Plaintiff's Application For Ex Parte payment of copying fees and fees associated with providing Cardone the above materials.

Charles F. Cardone
SBI #098159 - DCC
Bldg. SHU (17) CU 4
1181 Paddock Road
Smyrna, DE 19977
Plaintiff

Dated: August 1, 2006

So Ordered this ____ day of _____ 2006.

_____
JUDGE

In the United States District Court
For the District of Delaware          3

Charles F. Cardone,
    Plaintiff
        v.                    C.A. No. 05-536-KAJ
Jonathan Baker, et. al.,      Jury Trial Demanded
    Defendants

## Declaration

I, Charles F. Cardone, declare under penalties of perjury, that the enclosed Application For Ex Parte Payment of Docket Entries and Docket Sheets .... submitted in the above civil action is true and correct; I declare I am entitled to the relief sought in the Application.

                                Charles F. Cardone
                                SBI #098159

Dated: August 1, 2006

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of the Application For Ex Parte Payment of Docket Entrys and Docket Sheets And ALL Documents and Papers Submitted in Civil Action No. 05-536-KAJ has been provided to the below-listed parties by placing said motion in the hands of a DCC prison guard this 13 day of August, 2006, to place in DCC's mailing system to:

Lisa Barchi, Esq.
Dept. of Justice
820 N. French St., 6th Flr
Wilmington, DE 19801

and

Dana Spring Monzo, Esq.
1225 N. King St., Suite 1100
P.O. Box 397
Wilmington, DE 19899

by:
Charles F. Cardone
SBI# 098159-DCC
Bldg. SHU (17) CU4
1181 Paddock Road
Smyrna, DE 19977

Date: August 13, 2006

I/M Charles F. Cardone
SBI# 098159   UNIT SHU(7)cu4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL Mail

U.S. Delaware District Court
Chambers of Kent A. Jordan
844 King St., Lockbox 10
Wilmington     DE
               19801