IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-536-KAJ |
| | ) | |
| JONATHAN BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT TO ADD DEFENDANTS**

COME NOW, State defendants, through the undersigned attorney and respond to Plaintiff's motion to amend his complaint to add new defendants. In support of their position, Defendants state the following:

1) Plaintiff filed this lawsuit on July 25, 2005. (D.I. 2). He has amended his complaint at least four times since he filed the complaint. (D.I. 4, 19, 22, and 31). This is Plaintiff's fifth attempt to amend the complaint.

2) In his motion to amend Plaintiff asks to have a correctional officer named Perry and another officer names G.R. Johnson added as defendants.

3) In this fifth request to amend his complaint Plaintiff is attempting to add as defendants people he believes will support his claims. Plaintiff's motion to amend his complaint is an example of engaging in piecemeal litigation, and should not be permitted. "Fed.R.Civ.P.15(c) was never … *intended to permit a plaintiff to engage in piecemeal litigation.*" *Ecke v. U.S.,* 1994 WL 782230, at * 13 (D. Del. 1994)(emphasis in original). Plaintiff's recitation of the reason for wanting the officers included as defendants is a conversation with Officer Perry, who Plaintiff

appears to believe is sympathetic to his case. Plaintiff believes that Officer Johnson will verify a conversation Plaintiff had with another officer. It does not make sense that Plaintiff name as defendants people who expects will support his claims.

4) Plaintiff does not specify how either Perry or Johnson caused him any injury. In fact, Plaintiff seems to think that they will support his allegations. Plaintiff states in his motion that he wants these officers to testify for him as witnesses. Plaintiff is free to depose the officers or call them as witnesses in any trial that may occur in this case. Based on the statements made by Plaintiff in his motion to amend Plaintiff has no reason to name them as defendants. Plaintiff does not need to name as defendants every person who expects to *support* his claims.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order denying Plaintiff's motion to amend his complain to add officers Perry and Johnson as defendants.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General I.D. # 3927
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: AUGUST 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I electronically filed *Defendants' Opposition to Plaintiff's Motion to Amend his Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on August 21, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Charles Cardone
SBI # 098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us