RE: Filing Fee, U.S.C.A. 06-2358 (Aug 12, 2006

Sir:

05-536; 05-600

Your office has collected $33.00 of a filing fee that was submitted to the Court and receipted by the Clerk's Office on 7/27/06 and was accepted as a partial payment on the $255.00 filing fee assessed by the U.S. Court of Appeals for the third Circuit, by order in Appeal Case No. 06-2358, dated 5/26/06. According to, and pursuant to, U.S. Court of Appeals for the third Circuit in 06-2358, dated June 22, 2006, by:

Rendell, AMBRO, and Greenberg, Circuit Judges, this foregoing appeal is dismissed because the Court lacks jurisdiction to review the district court's interlocutory order. To continue to quote from that Order, Here, the district court's order dismisses appellant's claims... Nor is the district court's denial of appellant's motion for the appointment of counsel presently appealable, because it is neither a final decision nor an order that qualifies for immediate appeal..." To charge me $255.00 filing fees for an appeal that is not presently appealable and is dismissed because the Court lacks jurisdiction to review the district court's interlocutory order, is outrageous, unethical and morally bankrupt on the part of the district court. Once again, send my $33.00 back to me c/o Business Office and include my SBI #098159 on the gov't check.

Very truly yours,

Charles F. Cardone
SBI #098[159]
DCC

— For verification purposes, who is Bob C, deputy Clerk? Why doesn't he sign his full name?

FILED
AUG 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Charles F. Cardona
SBI# 098159    UNIT SHU@CU4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL Mail

* Clerk *
U.S. District Court
844 N. King St., Lockbox 18
Wilmington    DE
            19801