In the United States District Court
District of Delaware

Charles F. Cardone,
   Plaintiff,
  v.
Jonathon Baker, et al.,
   Defendants

C.A. No. 05-536-KAJ

Jury Trial Demanded

## Motion To Submit Supplemental Papers In Support of Motion For Appointment of Counsel Dated July 29, 2006

Come Now, the Plaintiff pro se in the above C.A. No., and represents as follows:

1. Plaintiff now submits to the Honorable Court these enclosed rejections to the Plaintiff in his attempts to obtain representation in this particular Civil Action No. 05-536.

2. That the Court reconsiders Plaintiff's requests to Appoint Counsel.

3. That because Plaintiff is severely limited to access to his prison's legal staff and legal materials...

That the Plaintiff now prays for relief ~~by pro~~ for the Court to provide legal

Page 2 of Plaintiff's Motion to Submit Supplemental Papers in Support of Motion to Appoint Counsel dated July 29, 2006

2

assistance and/or Counsel in Plaintiff's attempt, in the interest of Justice, to seek monetary compensations for the wonton and sadistic beatings and attempts at murder of Plaintiff by the named and served defendant Correctional officers.

By: _____  Charles F. Carbone, pro se
SBI #098159 - DCC
Bldg. (21) C U 3
Smyrna, DE 19977

Dated: August 22, 2006

## Certificate of Service

3

I, <u>Charles F. Cardone</u>, hereby certify under penalty of perjury that a true and correct copy of the enclosed <u>Motion For Appointment of Counsel</u> has been handed to a Delaware Correctional Center guard to place said Motion in DCC's mailing system this <u>24</u> day of <u>August</u> 2006, to be sent via United States mail to:

Lisa Barchi, DAG
Dept. of Justice
820 N. French St., 6th Floor
Wilm. DE, 19801
Attorney for Defendants,
05-536-KAJ - C.A. No.

and

Dana Spring Monzo
1225 N. King St.,
Suite 1100, P.O. Box 397
Wilm. DE 19899
Attorney for Defendants
C.A. No. 05-536-KAJ

\* By:
<u>Charles F. Cardone</u>, pro se
SBI# 098159-DCC
Bldg 21 CU 3
Smyrna, DE 19977

Dated: <u>August 24, 2006</u>

