**STUMPF, VICKERS, & SANDY, P.A.**
ATTORNEYS AT LAW
8 WEST MARKET STREET
GEORGETOWN, DELAWARE 19947

THOMAS J. STUMPF
VINCENT H. VICKERS, II
JOHN M. SANDY
THOMAS E. GAY
BRIAN F. DOLAN

302-856-3561
(Fax) 302-856-0956
(Fax) 302-856-3985

October 13, 2005

Mr. Charles C. Cardone
DCC  SBI #098159 SHU19 B8L
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Cardone:

Thank you for your letter dated October 8th, 2005. To that end, due to my heavy case load, please be advised that I am not taking cases such as yours at this time.

Sincerely,

John M. Sandy, Esquire

JMS/ymp

[Handwritten annotations:]
⑤ 3-8-06

3-8-06
I asked for representation for my 1983(s) — .
I will use this refusal by Sandy in support of
my request in Dist ct for representation
af 3-8-06

**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

June 15, 2006

Charles Cardone
SBI # 098159-DCC-SHU
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Cardone:

I am not able to take over cases already filed.

Sincerely yours,

Stephen A. Hampton

SAH:slh

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT | NEILLI MULLEN WALSH | THE BRANDYWINE BUILDING | LISA A. ARMSTRONG | KAREN E. LANTZ |
| BEN T. CASTLE | JANET Z. CHARLTON | 1000 WEST STREET, 17TH FLOOR | GREGORY J. BABCOCK | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | ROBERT S. BRADY | WILMINGTON, DELAWARE 19801 | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | JOEL A. WAITE | | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | P.O. BOX 391 | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | WILMINGTON, DELAWARE 19899-0391 | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| RICHARD H. MORSE | CRAIG D. GREAR | | KARA HAMMOND COYLE | MICHAEL W. McDERMOTT |
| DAVID C. McBRIDE | TIMOTHY JAY HOUSEAL | (302) 571-6600 | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | (800) 253-2234 (DE ONLY) | MARY F. DUGAN | EDMON L. MORTON |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | FAX: (302) 571-1253 | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | C. BARR FLINN | | KENNETH J. ENOS | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | NATALIE WOLF | | IAN S. FREDERICKS | ADAM W. POFF |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | JAMES J. GALLAGHER | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | JOHN W. SHAW | 110 WEST PINE STREET | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | P.O. BOX 594 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | GEORGETOWN, DELAWARE 19947 | DAWN M. JONES | MONTÉ T. SQUIRE |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | (302) 856-3571 | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | (800) 255-2234 (DE ONLY) | KAREN E. KELLER | CHAD S.C. STOVER (SC ONLY) |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | FAX: (302) 856-9338 | JENNIFER M. KINKUS | JOHN E. TRACEY |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| WILLIAM W. BOWSER | JOHN T. DORSEY | WWW.YOUNGCONAWAY.COM | JOHN C. KUFFEL | SHARON M. ZIEG |
| LARRY J. TARABICOS | M. BLAKE CLEARY | | | |
| RICHARD A. DiLIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | SPECIAL COUNSEL | SENIOR COUNSEL |
| MELANIE K. SHARP | DANIELLE GIBBS | DIRECT DIAL: (302) 571-6689 | JOHN D. McLAUGHLIN, JR. | CURTIS J. CROWTHER |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | DIRECT FAX: (302) 576-3334 | ELENA C. NORMAN | |
| RICHARD J A. POPPER | NORMAN M. POWELL | jshaw@ycst.com | KAREN L. PASCALE | OF COUNSEL |
| TERESA A. CHEEK | | | PATRICIA A. WIDDOSS | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

June 6, 2006

Mr. Charles F. Cardone
SBI# 098159, Unit# SHU 17 CU4
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: U.S. District Court Civil Action No. 05-0536-KAJ

Dear Mr. Cardone:

I am in receipt of your May 31, 2006, unfortunately we are not able to assist you in the above-matter. The telephone number for the Lawyer Referral Service is (302) 478-8850 or (800) 773-0606.

Very truly yours,

John W. Shaw

JWS:prt

DB01:2115774.1                                                                                                    900002.0003

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

30 June 2006

Charles F. Cardone
SBI #098159
SHU17CU4
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Re:   Your letter of June 19, 2006

Dear Mr. Cardone,

Thank you for your letter of June 19 asking me to represent you in actions against the State that are currently pending in the Delaware District Court.

I do not regularly handle prisoner cases. I was appointed by the District Court to handle a separate matter.

I hope that you are able to amicably resolve your differences with the Department of Corrections.

Sincerely,

Paul E. Crawford
Connolly Bove Lodge & Hutz LLP
PEC/jac

474221-1