# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

New Castle County

August 31, 2006

The Honorable Kent A. Jordan
United State District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

        **Re:** *Charles Cardone v. Hammond, et al.*
             C.A. 05-536-KAJ

Dear Judge Jordan:

      Attached please find the scheduling order in the above captioned case. Copies of the order were mailed to the parties on August 16, 2006. The parties were asked to reply by August 22, 2006, only if they found any discrepancies in the scheduling decisions made during the August 14, 2006 teleconference. As of this date neither Plaintiff nor counsel for FCM have contacted me regarding any discrepancies in the order. The attached order reflects the schedule that the parties agreed to in the August 14th teleconference. Should Your Honor have any questions, counsel is available at Your Honor's convenience.

                            Respectfully submitted,

                            /s/ Lisa Barchi
                            Deputy Attorney General

Enclosure: scheduling order

Xc: Dana Spring, Esquire, via PACER
      Charles Cardone, via U.S. mail