In the United States District Court
For the District of Delaware

1

Charles F. Cardone,
  Plaintiff,

v.

First Correctional
Medical and nurse,
Sally Laux et. al,
  Defendants

Civil Action No.

05-536-KAJ

Jury of 12 Demanded

## Motion To Stipulate and Clarify Sally Laux's Role as Defendant and Actor

Comes plaintiff, in the submission of this motion to the Court and Defendants' Counsel, to present the following:

1. Plaintiff, in his original complaint, named Sally Laux as a defendant in the above action.

2. Plaintiff now wishes to stipulate and clarify that Nurse Sally Laux was not a participant in the beating of Plaintiff Cardone by SCI guards.

3. That Nurse Sally Laux, a petite, blondish haired nurse, was a witness to the beating of pre-trial detainee, Cardone, plaintiff, by

(Con't) →

Page 2 of Plaintiff's Motion to Stipulate and Clarify in Civil Act. No. 05-536-KAJ

2

Sussex Correctional Officer's LaMonte Hammond and Morgan, a female guard.

Whereas, Plaintiff Cardone prays for the Court to allow Plaintiff to name, Nurse Sally as a witness in this action, before the Court.

Charles F. Cardone, Pro se
SBI #098159-DCC
Bldg. 21 CU 3
Smyrna prison

Dated: August 24, 2006

## Certificate of Service

3

I, Charles F. Cardone, hereby certify that on this 29 day of August, 2006, I have handed this Motion to Stipulate and Clarify to a DCC prison guard, to place in DCC's United States Postal system. Cardone further certifies, under penalty of perjury, that this motion was placed in a pre-paid envelope with postage deducted from his account by DCC business office for that business office to mail to:

Amy A. Quinlan, Esq
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
Attorney for 1st Correctional Medical (FCM)

and

U.S. District Court, Delaware
844 N. King St., Lockbox 18
Wilmington, DE 19801

* by:
Charles F. Cardone, pro se
SBI # 098159 - DCC
Bldg. 21 CU3
1181 Paddock Rd.
Smyrna, DE 19977

Dated: August 29th, 2006

LEGAL Mail

I/M Charles F. Cardone
SBI# 098157  UNIT Bldg 21 CU3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US POSTAGE $00.39 AUG 30 2006

* Clerk *
U.S. District Court DE
844 N. King St., Lockbox 18
Wilmington DE
19801

Pow-mia