IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| | ) | CONSOLIDATED |
| Plaintiff | ) | C.A. No. 05-536-KAJ |
| | ) | C.A. No. 05-600-KAJ |
| v. | ) | |
| | ) | |
| CORR.OFFICER HAMMOND, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

**MOTION TO STRIKE**

Pursuant to F.R.C.P.7(a), defendants First Correctional Medical and Sally Laux, hereinafter the FCM defendants, move the Court for an order striking *Plaintiff's Response to Defendants Answer to Plaintiff's First Amended Complaint*, D.I. 66, for the following reasons:

1. F.R.C.P.7(a) allows a Complaint and an answer. A reply is permitted where there is a counter-claim. An answer by a co-defendant is permitted where there is a cross-claim. F.R.C.P.7(a) provides "no other pleadings shall be allowed, except that the Court may order a reply to an answer . . . ."

2. In this action, there has been a Complaint and an Amended Complaint filed by the plaintiff. The FCM defendants have filed an Answer to both the Complaint and Amended Complaint.

3. The federal rules do not provide for a reply from the plaintiff in response to the FCM defendants' Answer, nor has this Court ordered plaintiff to file a reply to the FCM defendants' Answer. For the aforementioned reasons, the FCM defendants request that this Court strike *Plaintiff's Response to Defendants Answer to Plaintiff's First Amended Complaint*, D.I. 66, from the record of this case.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for FCM defendants

Date: September 25, 2006

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHARLES F. CARDONE** | ) | |
| | ) | |
| | ) | **CONSOLIDATED** |
| **Plaintiff** | ) | **C.A. No. 05-536-KAJ** |
| | ) | **C.A. No. 05-600-KAJ** |
| v. | ) | |
| | ) | |
| **CORR.OFFICER HAMMOND, ET AL** | ) | **JURY OF 12 DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

And now this _____ day of _____, 2006 having considered the FCM defendants' Motion to Strike and any opposition thereto,

**IT IS HEREBY ORDERED** that the FCM defendants' Motion to Strike is granted.

_____
J.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE | ) | |
| | ) | |
| | ) | CONSOLIDATED |
| Plaintiff | ) | C.A. No. 05-536-KAJ |
| | ) | C.A. No. 05-600-KAJ |
| v. | ) | |
| | ) | |
| CORR.OFFICER HAMMOND, ET AL | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date, a copy of the attached

*Motion to Strike* was served upon the following:

Lisa Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801-3509

Charles Cardone
SBI # 098159
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for FCM defendants'

Dated: September 25, 2006