## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHARLES F. CARDONE** | ) | |
| | ) | |
| | ) | **CONSOLIDATED** |
| Plaintiff | ) | C.A. No. 05-536-KAJ |
| | ) | C.A. No. 05-600-KAJ |
| v. | ) | |
| | ) | |
| **CORR.OFFICER HAMMOND, ET AL** | ) | **JURY OF 12 DEMANDED** |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date, a copy of the attached *Rule 26(a)1 Disclosures* was served upon the following:

Lisa Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801-3509

Charles Cardone
SBI # 098159
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977


**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for FCM defendants'

Dated: September 26, 2006