# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARDONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-536-KAJ |
| ) | |
| JONATHAN BAKER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Stacey Xarhoulakos hereby enters her appearance in lieu of Deputy Attorney General Lisa Barchi as counsel for State Defendants Officer Morgan, Officer Hazel, James Lupinetti, Officer Chaffinch, Officer Drugash, Officer Floyd, Officer Hammond, Officer Baker, and Officer Morris.

STATE OF DELAWARE			STATE OF DELAWARE
DEPARTMENT OF JUSTICE		DEPARTMENT OF JUSTICE

/s/ Lisa Barchi				/s/ Stacey Xarhoulakos
Lisa Barchi				Stacey Xarhoulakos
Deputy Attorney General			Deputy Attorney General
820 N. French Street, 6th Floor		820 N. French Street, 6th Floor
Wilmington, DE 19801			Wilmington, DE 19801
(302) 577-8400				(302) 577-8400
lisa.barchi@state.de.us			stacey.xarhoulakos@state.de.us

Date:  November 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF.  I hereby certify that on November 3, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us