In the United States District Court
For the District of Delaware

| | |
|---|---|
| Charles F. Cardone, Plaintiff, | C.A. No. 05-536-KAJ |
| v. Jonathan Baker, et al., Defendants. | Trial by Jury of 12 Demanded |

FILED DEC 18 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**Motion To Clarify and Stipulate Sally Laux's Role As Defendant and Actor in the Above Civ. Act. No.**

Comes the plaintiff, in the submission of this motion to the Court and Defendant's Counsel to present the following:

1. Plaintiff, in his original complaint, named Sally Laux as a defendant in this action...

2. Plaintiff now wishes to stipulate and clarify that nurse Sally Laux was not a participant in the beatings of Plaintiff Cardone by SCI guards...

3. That nurse Sally Laux, a petite blondish haired nurse, was a witness to the beating of pre-trial, detainee, plaintiff Cardone, by Sussex Correctional Officers LaMonte Hammond and Morgan, a female guard...

Whereas, Plaintiff Cardone prays for this Court to allow plaintiff to name Nurse Sally as a wit-

(Con't) →

Page 2 of Plaintiff's Motion to Stipulate and Clarify Sally Laux ... in Civ. Act. No. 05-536-KAJ    2

—ness in this action before the Court.

Charles F. Cardone, pro se
SBI# 098159-DCC
Bldg (18) BL12
1181 Paddock Rd.
Smyrna, Prison 19977

Dated: ~~Dec~~ December 13, 2006

## Certificate of Service

3

I, Charles F. Cardone, hereby certify that on this 14th day of December, 2006, I have handed this Motion to Stipulate and Clarify... to a DCC prison guard, to place in DCC's United States Postal system. Cardone further certifies under penalty of perjury, that this motion was placed in a pre-paid envelope with postage deducted from his account by DCC business office for that business office to mail to:

State of Delaware Dept.
of Justice

Stacey X arhoulakos
Deputy Attny Gen'l
820 N. French St., 6th Floor
Wilmington, DE 19801

and

Dana Spring Monzo
1225 N. King St., Suite 1100
P.O. Box 397
Wilmington, DE 19899
Attny's for Sally Laux

by:

Charles F. Cardone, pro se
Bldg 18 BL 12
SBI# 098159-DCC
1181 Paddock Road
19977

* C.A. No. 05-536-KAJ

Dated: December 14, 2006

