IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-536-*** |
| | ) | |
| JONATHAN BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STATUS REPORT

This status report is in response to the Court's Order of December 19, 2006 (D.I. 94), directing that counsel report to the Court regarding the status of the above-referenced matter.

The defendants have each filed an Answer to the Plaintiff's Amended Complaint. The case is currently in discovery. Plaintiff has the following pending motions:

Motion for Extension of Time for Joiner of Other Parties and Amendment of Pleadings (D.I. 75)

Letter to Judge Jordan requesting Court intervention in obtaining copy work from law library (D.I. 74)

Motion to Amend Complaint to Notify Court and Defendants of the Presence of Plaintiff's Witness to the Beating and Attempted Murder of Plaintiff (D.I. 76)

Motion for leave to Amend Complaint by Adding Parties (D.I. 77)

Motion for Payment of costs for docket sheet and documents (D.I. 78)

Motion for Reconsideration of Order on Motion to Appoint Counsel (D.I. 82)

Motion to Stipulate and Clarify Sally Laux's Role (D.I. 86)

      Motion to Clarify and Stipulate Sally Laux's Role as Defendant and Actor, construed as Plaintiff's Sixth Motion to Amend (D.I. 93)

Defendant FCM has the following pending Motion:

      Motion to Strike (D.I. 89)

The discovery deadline in this case is March 30, 2007 with dispositive motions due by April 30, 2007. Counsel would expect to serve limited interrogatories and a request for document production on the plaintiff shortly. Defendants would then seek leave of the Court to depose Plaintiff prior to the discovery deadline. At this point, defense counsel anticipates filing a case dispositive motion at the completion of discovery.

The scheduled mediation was cancelled as counsel for the defendants have agreed they would not be settling the case. (D.I. 88, 89). Pretrial Conference is scheduled for October 29, 2007 beginning at 4:30 p.m. The case is scheduled for a 3 day trial beginning at 9:30 a.m. on November 26, 2007.

I have consulted with Dana Spring Monzo, who represents the co-defendant FCM concerning the status of this case. Ms. Monzo, on behalf of her client, joins in this report.

                                            STATE OF DELAWARE
                                            DEPARTMENT OF JUSTICE

                                            /s/ Stacey Xarhoulakos
                                            Stacey Xarhoulakos
                                            Deputy Attorney General
                                            820 N. French Street, 6th Floor
                                            Wilmington, De 19801
                                            (302) 577-8400
                                            stacey.xarhoulakos@state.de.us

Date:   January 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed *Status Report* with the Clerk of Court using CM/ECF. I hereby certify that on January 3, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us