**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

January 3, 2007

New Castle County-Civil Division

The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    Cardone v. Hammond, et al.
                C.A. No. 05-536 (KAJ)

Dear Judge Thynge:

      A status report for the above-captioned case has been electronically filed with the Court. Per the Court Order (D.I. 94), there is a scheduled status conference on January 10, 2007.

      Counsel respectfully requests that the Court reschedule the January 10, 2007 teleconference. Counsel for state defendants has a scheduling conflict and will be out of town for that entire week.

      I have been in contact with Dana Spring Monzo, Esquire, counsel for Defendant FCM, who does not oppose the request. It is not practical to communicate with the plaintiff because he is incarcerated; therefore, counsel assumes the request is opposed.

I remain available at the Court's convenience should anything further be required.

    Respectfully submitted,

    /s/ Stacey Xarhoulakos

    Stacey Xarhoulakos
    Deputy Attorney General


cc:    Dana Spring Monzo, Esquire (via PACER)
       Charles Cardone (via First Class Mail)