The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 King Street
Wilm., DE 19801

Page 1 of 4

RE: Cardone V. Hammond, et al.
C.A. No. 05-536-KAJ

Dear Judge Thynge:

This is my response to Stacey Xarhoulakos's letter of January 3, 2007, to you cc'd to me as well a Dana Spring Monzo, Esquire (via Pacer)... I'm Ⓡ with the rescheduling the January 10, 2007 teleconference... I do not oppose her/his request as he/she wrongfully assumes because "he is incarcerated (me)". No, but, one of the reasons I submitted my Motion for Reconsideration of Order on Motion to Appoint Counsel (D.I.-82), defendant's attorney, Xarhoulakos, hit the nail right on the head when he/she stated I am incarcerated. Not only am I incarcerated, I have been wrongfully classified to Secured Housing Unit/SHU by Delaware Correctional Center (DCC, here in Smyrna) which, inter alia, means I am in a single cell 47 hours w/ approx. 1 hour "out" for recreation/shower. By Judge Jordan's denial of my request for appointed counsel's representation, he (KAJ) has erected even more obstacles to me for access to our courts in this civil action as well as the other civil actions ✗ KAJ has been appointed to act as my arbiter. Allow me to clarify my above statement "wrongfully classified"... I was placed in my present maximum security status on Aug. 11, 2005, for a minimum of 2 years as a result of a "staff assault" that I have yet to be given

(Con't) →

any paper work on, any hearing that I could plead guilty or not guilty... lastly, to appeal, in writing, to the above charge. This "status" allows me access to this prison's law library on an in cell basis only, i.e. I am permitted to write to the law library for legal information to be mailed back to me, in my cell. This "kite system" greatly reduces, restricts and limits my access to our courts, especially these civil actions I have pending in Delaware District Court. I do not wish to be burdened with Motions for this, motions for that, discovery, answers to amended complaints, Motions to Strike, document production, case dispositive motions, mediation, etc.. I wish to have my witnesses to ~~my~~ me trying to be killed by SCI prison guards in front of a federal jury... nothing more, nothing less. Defendant's counsel have stated "scheduled mediation was cancelled as counsel for the defendants have agreed they would not be settling the case. (D.I. 88, 89). Let's go right for the pretrial conference scheduled for October 29, 2007. I cannot meet, nor can I carry out, the court's pre-trial scheduling order/dates. Unless, of course, Her Honor appoints counsel to represent me and facilitate the court's pretrial scheduling table. Furthermore, I was counting on the U.S. Department of Justice and its federal investigators, in their investigation, would assist me when they found out I have several pending civil rights violations lawsuits in Delaware District Court on King St.. I wish to advise the court, at this time, and defendant's counsels that I am in communications (via letters) with Mark J. Kappelhoff, Section Chief Criminal Section Civil Rights Division and Jason Kleinman Paralegal Specialist Criminal Section of the U.S. Dept. of Justice Civil Rights Division on 950 Pennsylvania Ave

(Con't) →

Jan. 4, 2007

Page 3 of my letter to Judge Thynge
RE: Cardone v. Hammond, et al.
C.A. No. 05-536-KAJ

Page 3 of 4    3

— NW, Washington, DC 20530 and also Julia M. Graff, Staff Attorney – ACLU Delaware in re the above civil action and other matters concerning the lack of proper medical care being shown to me by Correctional Medical Services, Inc., a defendant in another civil action before the Judge in Delaware District Court Civil Action 06-151-KAJ. "CMS" is still under the watchful eye of the U.S. Department of Justice as per the Dec. 30, 2006, edition of the News Journal, Wilmington, Delaware's official daily newspaper. From December 1, 2006, (the date CMS decided to withold vital medication from me) until Jan. 4, 2007, the date of this letter, I was unable to hold a pen well enough to send this letter to the court. CMS, only recently, re-issued my "meds" that were stopped by CMS's arbitrament that I am now able to pen this notification to Her Honor. Lastly, I will exercise my inherent subpoena rights to gather the fruits of the request filed by the ACLU and Public Citizen in re their lawsuit in which Stan Taylor authorized the release of three of five items... those three are to include disciplinary rules, policies and procedures controlling disciplinary infractions and the prison grievance procedures to which I have been, and am, wrongfully classified to the SHU, which, in turn, is deleterious at the least to me as a pro se plaintiff in the above civil action No. 05-536***. And yes, I am in receipt of Judge Thynge's Order dated January 4th, 2007, rescheduling the January 10, 2007 status conference for Tuesday, January 16, 2007 at 10:00 a.m. Let me, at

(Con't) →

this time, state that I wish to waive depositions and go straight to trial at the earliest possible moment. I have no interest in what defendants have to say, unless it is in front of a judge and, if they like, a jury.

Respectfully Submitted,

Charles F. Cardone, pro-se
SBI # 098159-DCC
Bldg. 18 BL12
1181 Paddock Road
Smyrna, DE 19977

cc - Dana Spring Monzo
Stacey Xarhoulakos

Page 4 of 4

4

I/M Charles F. Cardone   Legal Mail
SBI# 098159   UNIT Bldg (18) BL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Honorable Mary Pat Thynge
U.S. District Court
844 King St.
Wilmington DE
19801

U.S.M.S. X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39⁰
02 1A
0004608975   JAN 10 2007
MAILED FROM ZIP CODE 19977