## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-536-*** (MPT) |
| | : | Civil Action No. 05-600-*** (MPT) |
| CORRECTION OFFICER HAMMOND, et al., | : | CONSOLIDATED |
| | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington, Delaware, this **16th** day of **January, 2007.**

IT IS ORDERED that the status teleconference scheduled with Judge Thynge for Tuesday, January 16, 2007 at 10:00 a.m. has been rescheduled to **February 1, 2007 at 9:00 a.m. Stacey Xarhoulakos, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE