IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CONSOLIDATED |
| v. | ) Civ. No. 05-536-*** |
| | ) Civ. No. 05-600-*** |
| CORRECTION OFFICER HAMMOND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on December 18, 2006, the plaintiff, Charles F. Cardone filed a motion to clarify and stipulate Sally Laux's ("Laux") role as defendant and actor in this action which the court construes as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a) (D.I. 93);

WHEREAS, the plaintiff clarifies that Laux is a witness to the allegations set forth in the complaint, not a participant in the actions set forth in the complaint;

THEREFORE, at Wilmington this 12th day of Jan            , 2007, IT IS ORDERED that the plaintiff's motion (D.I. 93) is GRANTED. The claims against defendant Sally Laux are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a). Laux is considered as a witness in this case.

United States District Judge



FILED

JAN 1 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE