LAW OFFICES

# MCCULLOUGH & MCKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH  (DE, PA)<br>DANIEL L. MCKENTY  (DE)<br>GERALD J. HAGER  (DE, PA)<br>DANA SPRING MONZO  (DE, PA)<br><br>PARALEGALS<br>  JUSTINA K. BAYLESS<br>  CANDACE E. HOLMES<br>  LAURA B. SPENCE<br>  MARY S. MOONEY | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397<br><br>TEL: (302) 655-6749<br>FAX: (302) 655-6827 | PENNSYLVANIA OFFICE<br>123 S. Broad STREET<br>Suite 2035<br>Philadelphia, PA 19109<br><br>**Writer's Direct Contact**<br>Telephone Extension: 31<br>dmonzo@mccmck.com<br>www.mccmck.com |

January 23, 2007

Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

  **RE:** **Cardone v. Hammond**
     **C.A. No. 05-536-KAJ**

Dear Judge Thynge:

  As you are aware, there is a teleconference scheduled for February 1, 2007, at 10:00 a.m. However, counsel for First Correctional Medical will not be able to attend due to a scheduling conflict. Therefore, we are requesting that the Court reschedule this teleconference for a later date.

  I am at the Court's complete disposal for any questions or concerns you may regarding this matter. I remain,

         Respectfully yours,

         /s/ Dana Spring Monzo
         Dana Spring Monzo

DSM:ceh
H:\FILES\DAN\Cardone\Thynge1 - teleconference.wpd
 cc: Mr. Charles F. Cardone
    Stacey Zarhoulakos, Esquire