## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-536-*** (MPT) |
| | : Civil Action No. 05-600-*** (MPT) |
| CORRECTION OFFICER HAMMOND, et al., | : CONSOLIDATED |
| Defendants. | : |

## **ORDER**

At Wilmington, Delaware, this **24th** day of **January, 2007.**

IT IS ORDERED that the status teleconference scheduled with Judge Thynge for February 1, 2007 at 9:00 a.m. has been rescheduled to **February 14, 2007 at 11:00 a.m. Dana Spring Monzo, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE