**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHARLES CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-536-*** (MPT) |
| | ) | C.A. No. 05-600-*** (MPT) |
| CORRECTION OFFICER HAMMOND, | ) | CONSOLIDATED |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants, through their undersigned counsel, hereby serve on Plaintiff, Charles Cardone, the following Requests for Production of Documents and Things.

## INSTRUCTIONS

A.    If any document or thing required to answer any Request for Production is withheld because you claim that such information is privileged or is contained in a privileged document or communication:

(1)    identify each such document with sufficient specificity to permit a court to determine the propriety of the asserted privilege and setting forth the nature of the document;

(2)    identify the privilege and set forth the factual basis for the privilege claims; and

(3)    set forth each Request to which each such document or thing is responsive.

B.    These Requests for Production are continuing in nature and, if applicable, will require supplemental responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

1. All grievances, complaints, or other correspondence relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint, including, but not limited to, all grievances or complaints submitted by Plaintiff to Department of Correction personnel, responses thereto, and any related correspondence between Plaintiff and Department of Correction personnel.

**REQUEST NO. 2:**

2. All correspondence relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint, including, but not limited to, any correspondence between friends or family members of Plaintiff or other inmates and Department of Correction personnel.

**REQUEST NO. 3:**

3. Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint and any statements, declarations, or affidavits of Plaintiff, other inmates, or witnesses to the allegations in the Complaint.

**REQUEST NO. 4:**

4. All medical records for Plaintiff relating to, regarding or arising out of the incidents alleged in Plaintiff's Complaint.

**REQUEST NO. 5:**

5. All medical records for Plaintiff for the past 15 years.

**REQUEST NO. 6:**

6.  All criminal history records for Plaintiff from any other State besides Delaware for

the past 15 years.

**REQUEST NO. 7:**

7.  All documents identified or referenced in Plaintiff's Response to Defendants' First

Set of Interrogatories, served contemporaneously herewith.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

Dated: February 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007, I electronically filed *Defendants' Request for Production* with the Clerk of Court using CM/ECF. I hereby certify that on February 8, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Charles Cardone
SBI # 0098159
Delaware Correctional Center
1181 Paddock Road.
Smyrna, DE 19977

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

Dated: February 8, 2007