**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

New Castle County-Civil Division

February 15, 2007

The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    Cardone v. Hammond, et al.
            <u>C.A. No. 05-536 (***)</u>

Dear Judge Thynge:

    A status conference is scheduled for the above-captioned case on February 21, 2007 at 9:00 a.m. Counsel for state defendants will be at a conference on that date. Counsel respectfully requests that the Court reschedule the teleconference. In the alternative, because this status conference has been rescheduled several times, Deputy Attorney General Eileen Kelly has agreed to attend in my absence with the Court's permission.

    I remain available at the Court's convenience should anything further be required.

                             Respectfully submitted,

                             /s/ Stacey Xarhoulakos

                             Deputy Attorney General

cc: Dana Spring Monzo, Esquire (via PACER)
      Charles Cardone (via First Class Mail)