IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-536-*** |
| | : | Civil Action No. 05-600-*** |
| CORRECTION OFFICER HAMMOND, et al., | : | CONSOLIDATED |
| | : | |
| Defendants. | : | |
| _____ | : | |
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-151-*** |
| | : | |
| WARDEN THOMAS CARROLL, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| CHARLES F. CARDONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-152-*** |
| | : | |
| POLICE CHIEF KEITH BANKS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington, Delaware, this **16th** day of **February, 2007.**

IT IS ORDERED that the status teleconference in C. A. No. 05-536-***/C. A. No. 05-600-*** Consolidated cases scheduled with Judge Thynge for February 21, 2007 at 9:00 a.m. has been canceled.

IT IS FURTHER ORDERED that a teleconference in all of the above matters

has been scheduled for **Wednesday, February 28, 2007 at 9:30 a.m. Dana Spring Monzo, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE