IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-536 *** |
| | : | C.A. No. 05-600 *** |
| CORRECTION OFFICER HAMMOND, ET AL., | : | CONSOLIDATED |
| Defendants. | : | |
| CHARLES F. CARDONE, | : | |
| Plaintiff, | : | C.A. No. 06-151 *** |
| v. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| WARDEN THOMAS CARROLL, ET AL., | : | |
| Defendants. | : | |
| CHARLES F. CARDONE, | : | |
| Plaintiff, | : | C.A. No. 06-152*** |
| v. | : | |
| POLICE CHIEF KEITH BANKS, ET AL., | : | |
| Defendants. | : | |

**ORDER**

**WHEREAS**, Charles F. Cardone, initiated the above-captioned actions in the United States District Court for the District of Delaware; and

**WHEREAS**, a teleconference was held including all parties in the above actions before the Honorable Mary Pat Thynge on February 28, 2007 at 9:30 a.m.; and

**WHEREAS**, during the teleconference, the plaintiff, Charles F. Cardone, requested that each action be dismissed without prejudice to re-file the action at a later date;

IT IS HEREBY ORDERED this __6__ day of March, 2007, as follows:

1. Plaintiff Charles F. Cardone's request to dismiss each of the above actions is GRANTED with leave to re-file on or before September 7, 2007.

2.. All matters currently pending in each of the above actions are hereby resolved and no further action is required by the parties or the Court at this time.

3. Any claims and/or defenses that might, or have been, asserted as of the date of this Order are preserved until such time as the plaintiff re-files the action, but in no event later than or until September 7, 2007.

4. Until such time as plaintiff re-files an action, or in any event no later than September 7, 2007, the status quo shall be maintained and no additional claims and/or defenses arising as a result of the passage of time shall accrue to any and all parties in any of the above actions.

Honorable Mary Pat Thynge

SO ORDERED, this __8__ day of __March__, 2007

UNITED STATES DISTRICT JUDGE

AAQ/111331-0004/1536388/1