UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | |
| | ) | |
| | ) | CONSOLIDATED |
| Plaintiff, | ) | C.A. No. 05-536-KAJ |
| | ) | C.A. No. 05-600-KAJ |
| v. | ) | |
| | ) | |
| CORR.OFFICER HAMMOND, ET AL., | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical.


McCULLOUGH & McKENTY, P.A.              McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                                      /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*         Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                                          Legal Arts Building
1225 King Street, Suite 1100                          1225 King Street, Suite 1100
P.O. Box 397                                                     P.O. Box 397
Wilmington, DE 19899-0397                         Wilmington, DE 19899-0397
302-655-6749                                                    302-655-6749
Attorney for Defendant                                 Attorney for Defendant
First Correctional Medical                             First Correctional Medical


Dated: June 11, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | |
| | ) | |
| | ) | CONSOLIDATED |
| Plaintiff, | ) | C.A. No. 05-536-KAJ |
| | ) | C.A. No. 05-600-KAJ |
| v. | ) | |
| | ) | |
| CORR.OFFICER HAMMOND, ET AL., | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals:

*Via Electronic Service*
Lisa Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801-3509

*Via First Class Mail*
Charles Cardone
SBI # 098159
Delaware Correctional Center
Unit V-Building A-Tier
1181 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 11, 2007