Aug. 5, 2007

TO: Honorable Mary Pat Thynge
RE: Civil actions: 05-536 ×××
              06-151 ×××
              06-152 ×××

Dear Judge Thynge:

On March 6, 2007, you granted my request "to dismiss each of the above actions" with "leave to re-file on or before September 7, 2007."... allow me to thank you for granting my request as well as opposing counsel to not argue against my request. — Judge Thynge, the Court is in receipt of my letter to you (stamped "Filed Mar-5 2007") in which I state "my refiling by that date will be contingent on my return to "general population" so I may have physical access to this prison's law library".... well, judge, I am, at this writing, still being held at SHU status with no — meaningful access to the courts by reason of administrative segregation," inter alia, and, inadequate access to legal research materials and assistance. I have quoted the latter from ALLAH V. SEIVERLING, 229 F.3d 220 (3rd Cir., 2000) a similar situation as of mine, therefore, I must request you and opposing counsel ~~counsel~~ for a 90 day continuance to refile the above civil actions in my expectation of being returned to the general population of DCC prison.

Respectfully submitted,
Charles F. Cardone
Charles F. Cardone
SBI #098159

cc: Amy A. Quinlan
    Stacey Xarhoulakos
    Daniel A. Griffith
    ~~Dana Spring Monzo~~
         Daniel L. McKenty

— Attys for defendants —

FILED
AUG 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Charles F Cardone
SBI# 078159   UNIT 18-B-1-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the U.S. Magistrate
United States District Court
U.S. Court House
Wilmington DE
19801

844 King St.