OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 24, 2007

TO:   Charles Francis Cardone
      SBI# 098159
      Delaware Correctional Center
      1182 Paddock Road
      Smyrna, DE 19977

      RE:   Letters Received Dated 8/5/07 & 8/21/07
            CA 05-536 JJF
            CA 06-151 JJF
            CA 06-152 JJF
            CA 06-646 GMS

Dear Mr. Cardone:

The above referenced letters were received by this office regarding your request to Magistrate Judge Thynge for a 90-day extension regarding reopening your Civil Actions (CA 05-536, CA 06-151, CA 06-152). Your request is pending before Magistrate Judge Mary Pat Thynge.

Regarding your Motion for Preliminary Injunction and Temporary Restraining Order in CA 06-646 GMS. Your Motion is pending before District Judge Gregory M. Sleet.

You will be advised by the Court as to any further developments in your above cases.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rwc
cc:   The Honorable Gregory M. Sleet
      The Honorable Mary Pat Thynge