TO: U.S. Attorney Colm F. Connolly / Nov. 19, 2007

RE: Repeated requests to have DE DOC Correctional Officers arrested + charged for assaults and batterys...

C.A. No.: 05-536-JJF

— (5 copies) —   * Page 1 of 2

Sir:

On July 2, 2007, and August 5, 2007, as well as other dates, I have submitted letters to you and your office as part of my past, present, and future attempts to have Dept. of Corrections (Delaware) officers brought to a grand jury for 3 separate, unprovoked, deliberate, premeditated attempts on my life, i.e., callous and willful and thought out and planned beatings of me with their (C/Os) expectations and grave, wanton, disregard for my life, and/or limb. To date, you have deemed not to respond, therefore this final attempt, by me, to gain that response.

Lastly, I am insisting that you conduct an investigation into my allegations of attempted murder, assault + battery on me while I was handcuffed behind my back by Correctional Officer Jonathon Baker (with correctional officers Floyd and Chaffinch looking on), correctional officer DRUGASH (with other guards who names I have) who punched me numerous times in my left kidney for which to this day I have blood in my urine which Correctional Medical Services, Inc., and First Correctional Medical (2 for profit, medical care contractors for DE DOC) who refuse to provide medical care of me and lastly, Correctional Officers

(con't) →

Nov. 19, 2007 - Continuation of my requests to U.S. Attorney Connolly to conduct an investigation into my allegations... — (5 copies) — Page 2 of 3

— LaMonte Hammond and Morgan (female) who, while I had been escorted, handcuffed from behind my back, to Sussex Correctional Institution's pre-trial medical office and then to have Hammond and Morgan attack me, unprovoked, in front of other pre-trial detainees and medical personnel and to have those same 2 c/o's repeatedly punch me, drag me by the handcuffs, into the hallway in full view of security cameras, and continue to punch me and kick me all over my body while I was laying

(Con't)

Page 3 — Continuation of my requests to U.S. Attorney Connolly... — (5 copies) — Nov. 19, 07 Page 3 of 3

— on the hallway floor. When they (Hammond + Morgan) were done (or I should say exhausted) they dragged me back to my cell in the Behavior Mod on Unit 4, bleeding, and threw me into my cell where I was left for hours while refusing my requests for medical attention.

Once again, please respond.

cc: U.S. District Ct - 05-536 JJF
    Danberg - Commissioner DOC
    Dept of Justice

Charles F. Cardone
SBI #098159

I/M Charles Cardone

SBI# 098154  UNIT 18CU1A

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RE: 05-536-JJF

Legal mail

★ Pro se Law Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington DE
19801