United States District Ct
For Delaware

Nov. 22, 07

FILED
DEC -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: Clerk of Court and opposing in Civil Actions NOS.:
CA-05-536 JJF
CA-06-151 JJF
CA-06-152 JJF

FROM: Plaintiff Charles F. Cardone

Take Notice of this submission to the district court and opposing and representative counsels in the above CA #'s, that plaintiff Cardone (P) submits to the court P's notice to re-open P's civil actions and that upon P's request to the clerk of this court and Brian Engram, DCC's paralegal in DCC's law library, for proper and necessary forms that Delaware District Court may require or that P use the forms in P's reopening these civil actions. Should this court notify "P" that this notice to re-file shall suffice, so be it. Please advise "P" because the court deadline for P to refile is Dec. 19 2007.

Respectfully Submitted
Charles F. Cardone (P)
SBI # 098159

cc: Amy Quinlan
Daniel A. Griffith
Daniel L. McKenty
Stacey Xarhoulakos

**Other Orders/Judgments**

1:05-cv-00536-JJF Cardone v. Hammond et al **CASE CLOSED on 03/08/2007**
CLOSED, LEAD, MEDIATION, PaperDocuments

1:05-cv-00600-JJF Cardone v. Baker et al **CASE CLOSED on 03/08/2007**

1:06-cv-00151-JJF Cardone v. Carroll et al **CASE CLOSED on 03/08/2007**

1:06-cv-00152-JJF Cardone v. Banks et al **CASE CLOSED on 03/08/2007**

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 10/10/2007 at 11:11 AM EDT and filed on 10/10/2007
**Case Name:** Cardone v. Hammond et al
**Case Number:** 1:05-cv-536
**Filer:**
**WARNING: CASE CLOSED on 03/08/2007**
**Document Number:** 118

**Docket Text:**
ORDER Plaintiff's request for additional time in which to re-file the above-captioned matters is granted. As a result, the order of 3/6/2007 is modified only as to the time in which leave to re-file is allowed and plaintiff shall have until Monday, December 10, 2007. Signed by Judge Mary Pat Thynge on 10/10/2007. (cak)

**Case Name:** Cardone v. Baker et al
**Case Number:** 1:05-cv-600
**Filer:**
**WARNING: CASE CLOSED on 03/08/2007**
**Document Number:** 38

*[Handwritten note: Why is 600 active? 600 & 536 were consolidated into 536... why do I still see 600 in print? RSVP cfc 12-5-07]*

**Docket Text:**
ORDER Plaintiff's request for additional time in which to re-file the above-captioned matters is granted. As a result, the order of 3/6/2007 is modified only as to the time in which leave to re-file is allowed and plaintiff shall have until Monday, December 10, 2007. Signed by Judge Mary Pat Thynge on 10/10/2007. (cak)

**Case Name:** Cardone v. Carroll et al
**Case Number:** 1:06-cv-151
**Filer:**
**WARNING: CASE CLOSED on 03/08/2007**

FORM #584

GRIEVANCE FORM

FACILITY: DCC

DATE: AUG. 1, 2007

GRIEVANT'S NAME: Charles Cardone

SBI#: 098159

CASE#: _____

TIME OF INCIDENT: July 31, 2007

HOUSING UNIT: 18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

BRIAN ENGREM, SHU Law Library Paralegal Denied my request for photocopy(s) for my pending civil actions in Delaware District Court... * This grievance is still pending... CPC 12-5-07

ACTION REQUESTED BY GRIEVANT: Reimburse me the $12.50 $13.50 (Twelve Dollars and Fifty Cents) it cost me for DCC Business Office to make legal copies for my pending civil action in Delaware District Court...

GRIEVANT'S SIGNATURE: Charles T Cardone    DATE: AUG. 1, 2007

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**Document Number:** 60

**Docket Text:**
ORDER Plaintiff's request for additional time in which to re-file the above-captioned matters is granted. As a result, the order of 3/6/2007 is modified only as to the time in which leave to re-file is allowed and plaintiff shall have until Monday, December 10, 2007. Signed by Judge Mary Pat Thynge on 10/10/2007. (cak)

**Case Name:** Cardone v. Banks et al
**Case Number:** 1:06-cv-152
**Filer:**
**WARNING: CASE CLOSED on 03/08/2007**
**Document Number:** 31

**Docket Text:**
ORDER Plaintiff's request for additional time in which to re-file the above-captioned matters is granted. As a result, the order of 3/6/2007 is modified only as to the time in which leave to re-file is allowed and plaintiff shall have until Monday, December 10, 2007. Signed by Judge Mary Pat Thynge on 10/10/2007. (cak)

**1:05-cv-536 Notice has been electronically mailed to:**
Daniel L. McKenty dmckenty@hfddel.com, lhazeldine@hfddel.com
Amy Arnott Quinlan aquinlan@morrisjames.com, eduszak@morrisjames.com, tatwell@morrisjames.com
Daniel A. Griffith dgriffith@mdwcg.com
Stacey Xarhoulakos stacey.xarhoulakos@state.de.us

*[Handwritten annotation: I have served / or CC'd these opposing counsel... 12-3-07 from DCC by pay to by: Charles F. Cardone SBI# 098159]*

**1:05-cv-536 Notice has been delivered by other means to:**

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

*[Handwritten annotation: *Pete... DCC's mailroom has re-instituted their interfering w/ my legal mail as well as Ken Abraham's SBI# 173040...]*

**1:05-cv-600 Notice has been electronically mailed to:**
Daniel L. McKenty dmckenty@hfddel.com, lhazeldine@hfddel.com
Amy Arnott Quinlan aquinlan@morrisjames.com, eduszak@morrisjames.com, tatwell@morrisjames.com
Daniel A. Griffith dgriffith@mdwcg.com
Stacey Xarhoulakos stacey.xarhoulakos@state.de.us

*[Handwritten annotation: *DCC's SHU law library, BRIAN ENGREM continually refuses to provide me w/ DE U.S District Court forms in re these and other of my actions... Pete, I've complained to U previously... someone needs to talk w/ this weasel guy]*

**1:05-cv-600 Notice has been delivered by other means to:**

Charles Francis Cardone
SBI# 098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

*[Handwritten annotation: we need u to put a bug into Brian Ingram's ear and DCC's mailroom cfc 12-5-07]*

https://ecf.ded.circ3.dcn/cgi-bin/Dispatch.pl?848324254986009    10/10/2007

**1:06-cv-151 Notice has been electronically mailed to:**

Daniel L. McKenty  dmckenty@hfddel.com, lhazeldine@hfddel.com

Amy Arnott Quinlan  aquinlan@morrisjames.com, eduszak@morrisjames.com, tatwell@morrisjames.com

Daniel A. Griffith  dgriffith@mdwcg.com

Stacey Xarhoulakos  stacey.xarhoulakos@state.de.us

**1:06-cv-151 Notice has been delivered by other means to:**

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

**1:06-cv-152 Notice has been electronically mailed to:**

Daniel L. McKenty  dmckenty@hfddel.com, lhazeldine@hfddel.com

Amy Arnott Quinlan  aquinlan@morrisjames.com, eduszak@morrisjames.com, tatwell@morrisjames.com

Daniel A. Griffith  dgriffith@mdwcg.com

Stacey Xarhoulakos  stacey.xarhoulakos@state.de.us

**1:06-cv-152 Notice has been delivered by other means to:**

Charles F. Cardone
SBI #098159
Delaware Correctional Center
1182 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/10/2007] [FileNumber=456562-0
] [b433707d7a68222934d89f62dd708dbc33837c9eb78f0f74f85a13815f9f96bdab3
27c96d42b7a07bbe7a1ea7fc7bedd50e74ce4229d5578142be858f25d61a0]]

      **Please understand that this is not an offer of representation.** We are in the initial stages of collecting and analyzing information from inmates. We appreciate your patience as well as any other information you wish to share with us about the provision of health care in Delaware prisons. **Please describe in detail the nature of your health problems.**

      Thank you for contacting the ACLU of Delaware. I look forward to your response.

Sincerely,

*[signature]*

Julia M. Graff
Staff Attorney

Enclosure

---

Pete,

Allow me to clarify... this Brian Engrem, A.K.A SHU Paralegal... in the 2 years I have spent, and continue to spend, wrongfully in SHU/Max status, he has done everything in his power (as an employee of State of Delaware) to halt, discourage (by sending me my written law materials requests marked can't find, not available, wrong citation, etc), force my filings to be dismissed as "untimely" (past the court ordered deadlines), refusal to provide copies saying "they are not considered legal materials, etc... these grievances I have been submitting to the DOC, (just like the numerous, numerous, others I have filed (I have 2 big folders filled) are not being addressed... 2 years + counting... I want redress

I want compensation, I want compensatory damages, I want punitive damages... for the 2 years + of wrongful imprisonment, ~~false~~ imprisonment, physical as well as mental, emotional distress, I want Ingram fired, just like Diane Plummer at SCI was let go for barring me from her law library for taking of available state writing paper so I had paper to write on while I was seated at her table... only to have a convict who was working at that library (right now I can't remember his name... a big, white dummy with tats all over) yell at Diane "I want Cardone B written up for stealing state paper"... well, she barred me... a couple of months later, I put in for the (her) law library... She was gone and the big dummy was still working there... What's wrong w/ that picture? So, this Brian Ingram needs to go talk w/ Diane... maybe she can get him a job...

Thanx for letting me share...

Case 1:05-cv-00536-JJF   Document 121   Filed 12/07/2007   Page 8 of 8

IM Charles Carbone
SBI# 098159 UNIT 18-C4 12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Pour-mee

* Clerk, Pro se *
U.S. District Court
Caleb Boggs Federal Bldg
844 King St, Lock box 18
Wilmington, DE
19801