3 copies

COPY

FILED
JAN - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In the United States District Court
for the State of Delaware

Charles Cardone,
    Plaintiff,

v.

Jonathon Baker, et al.,
and* FCM, Defendants

C.A. No.:

05-536-JJF

## Motion For Appointment of Counsel

Plaintiff offers the following in support of his motion to the Court to appoint counsel:

1. the complexity of federal civil law...

2. the difficulty in conducting discovery while incarcerated...

3. the complex nature of the issues involved in this claim...

4. the lack of education in law which would impair my ability to prepare a legal claim...

5. that plaintiff provides, for the courts' consideration in this instant motion to appoint counsel, several refusals of plaintiff's requests of representation of private attorneys.

(Con't) →

3 copies

In the United States District Court
for the State of Delaware

Charles Cardone
    Plaintiff,

v.

Jonathon Baker, et al.,
* and FCM Defendants

C.A. No.

05-536 ~~***~~ -JJF

## Motion For Appointment of Counsel

Whereas, plaintiff requests the Court to grant plaintiff's Motion For Appointment of Counsel

by:
Charles Cardone, pro se
SBI # 098159-DCC
* ~~Unit 18 BL 12~~
1181 Paddock Rd
Smyrna, DE 19977

Dated: June 10, 2007

*Unit (17) BU 9

Dated: Jan. 2, 2008

* FCM = First Correctional Medical

## Certificate of Service

3 copies

I, Charles F. Cardone, hereby certify under penalty of perjury, I handed this Motion for Appointment of Counsel to a DCC Correctional Officer to place in DCC's mail system on ~~June ___, 2007~~, to be sent to: January 2, 2008

~~Dana Spring Monzo~~ *afe*   New attorney:
McCullough + McKenty, P.A.   Daniel L. McKenty
1225 N. King St., Suite 1100   Counsel for defendant
P.O. Box 397   First Correctional Medical
Wilm. DE 19899-0397   (FCM)

and

Stacey Xarhoulakos, DAG
Dept. of Justice
820 N. French St., 8th Flr.
Wilm. DE 19801

by:
Charles Cardone, pro se
SBI # 098159-DCC

Dated: ~~June 10, 2007~~
Jan. 2, 2008

Jonathon Baker, et al. and    ← 05-536
First Correctional Medical - FCM - afe

**STUMPF, VICKERS, & SANDY, P.A.**
ATTORNEYS AT LAW
8 WEST MARKET STREET
GEORGETOWN, DELAWARE 19947

THOMAS J. STUMPF
VINCENT H. VICKERS, II
JOHN M. SANDY
THOMAS E. GAY
BRIAN F. DOLAN

⑤
3-8-06

302-856-3561
(Fax) 302-856-0956
(Fax) 302-856-3985

October 13, 2005

Mr. Charles C. Cardone
DCC   SBI #098159 SHU19 B8L
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Cardone:

Thank you for your letter dated October 8th, 2005. To that end, due to my heavy case load, please be advised that I am not taking cases such as yours at this time.

Sincerely,

John M. Sandy, Esquire

JMS/ymp

*I asked for representation for my 1983(s)....*
*I will use this refusal by "Sandy" in support of my request in Dist Ct for representation*

cfc
3-8-c

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2600
FAX (213) 687 0498

WEB www.cblh.com

30 June 2006

Charles F. Cardone
SBI #098159
SHU17CU4
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Re:   Your letter of June 19, 2006

Dear Mr. Cardone,

Thank you for your letter of June 19 asking me to represent you in actions against the State that are currently pending in the Delaware District Court.

I do not regularly handle prisoner cases. I was appointed by the District Court to handle a separate matter.

I hope that you are able to amicably resolve your differences with the Department of Corrections.

Sincerely,

Paul E. Crawford
Connolly Bove Lodge & Hutz LLP
PEC/jac

474221-1

**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

June 15, 2006

Charles Cardone
SBI # 098159-DCC-SHU
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Cardone:

I am not able to take over cases already filed.

Sincerely yours,

Stephen A. Hampton

SAH:slh

IM Charles F. Carbone
SBI# 098159  UNIT 17-B49
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Pro Se Law Clerk
U.S. District Court
844 King St.,
Lockbox 18
Wilmington  DE
             19801