Charles F. Cardone
SBI #098159-DCC

FILED
JAN 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
For the District of Delaware

Charles F. Cardone,
    Plaintiff

v.

Corr. Officer Hammond,
    et Al,
    Defendants

Civil Action No. 05-536-JJF

Plaintiff's First Set of Interrogatories

Defendants

    Pursuant to Rule 33 of the Federal Rules of Civil Procedure and Order of this Court, Plaintiff requests that Defendants ("D"), answer the following interrogatories under oath within thirty (30) calendar after service of these interrogatories:

1. On or about May 18, 2005, did "D"s LaMonte Hammond and female "D" Morgan come to Plaintiff ("P") cell in the Behavior Module of Sussex Correctional Institution's Pre-trial (SCI) Building to escort "P" to the medical department approximately 75' (seventy five feet) feet down the hallway of PT hallway?

-1-

2. When "D"s Hammond and Morgan came to the Behavior Module (BM) to escort "P" to medical, did Ds handcuff "P"?

3. Once P and D arrive at the medical rooms, approx. 75' down the hallway, did "D"s see fit to segregate P from the 4-5 pre-trial detainees that were sitting in the 4 foot (4') wide hallway in the aforementioned pre-trial medical department?

4. At the time Ds escorted P to medical, was Ds aware that P and one of the pre-trial detainees that were seated among the 4-5 detainees, stated in #3, had a verbal confrontation just 1 (one) day prior to P being placed in the BM?

5. Is Defendant C/O (correctional officer) Lamonte T Hammond's Description of Alleged Violation(s) in his 5/18/2005 Disciplinary Report, IR# 10320, a true and accurate description of what happened on 5/18/2005 between P and Ds?

6. In Defendant Hammond's Disciplinary Report, IR# 10320, D Hammond states, "Upon Arriving at Pretrial Medical, I/M (inmate) Cardone Began Making Racial Statements And Verbal Threats Towards the Other Inmates In the Area. After Being Told To Be Quiet Several Times, I C/O Hammond Asked C/O R. Morgan To Remove I/M Cardone From Medical And Return Him To His Cell. I/M Cardone Became Combative And Had To Be Removed By Force.

During the struggle, I/M Cardone ended up being taken to the floor. I/M Cardone was taken back to his cell in B-Mod." Why was P charged with only 1 (one) violation? Why didn't "D" Hammond charge "P" Cardone with several, as evidenced by the Description of Alleged Violation (s) stated in this numbered Interrogatory (#6)?

7. Did D Hammond punch and kick P Cardone inside the pretrial Medical in this incidence? Did D kick P while he was being "Taken To the Floor?"

8. "D"s drug P outside the medical rooms to the hallway by the handcuffs... is this an accurate and true statement?

9. Once in the hallway, did C/O R Morgan hold P by the handcuffs while C/O Hammond punched and kick P numerous times?

10. Was, and is, D's aware their are surveillance cameras located in the halls of the SCI's pretrial ~~his~~ building?

11. Did P suffer and cuts or bruises at the time of this alleged beating?

12. Did D Hammond tell P Cardone that he (D) would come to his (P) cell and finish the job?

Dated: January 21, 2008

By: Charles F. Cardone
SBI #098159
Smyrna Prison

—3—

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of Interrogatories has been provided to the below-listed parties by handing said Interrogatories to a SHU Correctional officer this 24th day of January, 2008 to place in the United States Mail system to:

Stacey Xarhoulakos, DAG
820 N. French St.,
Wilmington, DE 19901

and

Daniel L. McKenty, Esq.
1225 King St., Suite 1100
Wilmington DE 19801

by:
Charles F. Cardone, pro se
SBI #098159
Smyrna Prison

Date: January 21, 2008

DE District Court   C.A. No.: 05-536-JJF

IM Charles F. Cardone
SBI# 098159  UNIT 17 Bu 9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

C.A. # 05-536-JJF

Legal Mail

U.S. District Court
844 King St.,
Wilmington
DE
19801