# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

February 6, 2008

New Castle County-Civil Division

The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    *Cardone v. Hammond, et al./ Cardone v. Carroll*
             <u>05-536/06-151 JJF-MPT</u>

Dear Judge Thynge:

      I am writing to request dismissals of the above-captioned cases. Per the plaintiff's request, the Court issued an Order on March 6, 2007 dismissing the cases with leave to re-file until September 7, 2007, and preserving claims and defenses. On October 10, 2007, the deadline to re-file was extended to December 10, 2007, again per the plaintiff's request. The plaintiff filed a motion to reopen which was granted by the Court on December 20, 2007 providing 30 days for the plaintiff to file material relevant to the reopening/refiling of the case. No such material has been filed and the thirty days has passed.

      The plaintiff has not complied with the Court's deadline and the defendants will be prejudiced if now required to defend these very stale claims.

      I remain available at the Court's convenience should anything further be required.

        Respectfully submitted,

        */s/ Stacey Xarhoulakos*

        Deputy Attorney General

cc:    Daniel L. McKenty, Esquire (via PACER)
        Amy Arnott Quinlan, Esquire (via PACER)
        Charles Cardone (via First Class Mail)