## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 5th day of March 2008, the foregoing Substitution of Counsel was filed with LexisNexis and served upon the following via the manner indicated:

**FIRST CLASS MAIL**            Charles F. Cardone
                                SBI# 098159
                                Delaware Correctional Center
                                1181 Paddock Road
                                Smyrna, DE 19977

**CM/ECF FILING**               Stacey Xarhoulakos, Esquire
                                Department of Justice
                                820 N. French Street, 8th Floor
                                Carvel Office Building
                                Wilmington, DE 19801

                                Daniel L. McKenty, Esquire
                                Heckler & Frabizzio
                                800 Delaware Avenue, Suite 200
                                P.O. Box 128
                                Wilmington, DE 19899-0128

                                Daniel A. Griffith, Esquire
                                Whiteford, Taylor & Preston, L.L.C.
                                1220 N. Market Street, Suite 608
                                Wilmington, DE 19801

                                /s/ James E. Drnec
                                James E. Drnec, Esquire (#3789)